B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Shapiro, Alexander | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>FDBA Tria Properties | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-1044 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>343 Fairview Ave.<br>Deerfield, IL<br><br>ZIP Code  60015 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Lake | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| �). ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)                                                                                              Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Shapiro, Alexander |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br> Signature of Attorney for Debtor(s)              (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

Shapiro, Alexander

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**   /s/ Alexander Shapiro

Signature of Debtor   Alexander Shapiro

**X**

Signature of Joint Debtor

Telephone Number (If not represented by attorney)

August 25, 2010

Date

### Signature of Attorney*

**X**   /s/ Gina B. Krol

Signature of Attorney for Debtor(s)

Gina B. Krol 6187642

Printed Name of Attorney for Debtor(s)

Cohen & Krol

Firm Name

105 West Madison Street
Suite 1100
Chicago, IL 60602-4600

Address

312.368.0300 Fax: 312.368.4559

Telephone Number

August 25, 2010

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**

Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Alexander Shapiro                                                             Case No. _____

                                           Debtor(s)           Chapter     7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    /s/ Alexander Shapiro
                        Alexander Shapiro

Date:    August 25, 2010

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Alexander Shapiro                                  ,      Case No. _____

                              Debtor                Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,235,000.00 | | |
| B - Personal Property | Yes | 4 | 4,932,500.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 3,259,750.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 34,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 60 | | 49,656,866.44 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 10,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 8,790.00 |
| Total Number of Sheets of ALL Schedules | | 77 | | | |
| | | Total Assets | 7,167,500.00 | | |
| | | | Total Liabilities | 52,950,616.44 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    Alexander Shapiro

Debtor

Case No. _____

Chapter _____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re  Alexander Shapiro
_____,   Case No. _____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 343 Fairview<br>Deerfield, IL 60015 | | - | 1,500,000.00 | 2,193,000.00 |
| 101 Old Oak Dr. 310<br>Buffalo Grove, IL 60089 | | J | 180,000.00 | 235,000.00 |
| 100 E Main Street #110<br>Waukesha, WI 53186 | | - | 100,000.00 | 140,720.00 |
| 100 E. Main Street #114<br>Waukesha, WI 53186 | | - | 120,000.00 | 174,640.00 |
| 100 E. Main St. #116<br>Waukesha, WI 53186 | | - | 120,000.00 | 175,340.00 |
| 100 E. Main St. #218<br>Waukesha, WI 53186 | | - | 120,000.00 | 179,000.00 |
| 100 E. Main Street #331<br>Waukesha, WI 53186 | | - | 95,000.00 | 122,700.00 |

Sub-Total >     2,235,000.00     (Total of this page)

Total >     2,235,000.00

_0_  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    Alexander Shapiro                                                    ,    Case No. _____
                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | Cash | J | 5,000.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | citibank checking | - | 1,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Furniture, appliances | J | 2,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | mens clothing, shoes | - | 1,000.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                9,500.00
(Total of this page)

  3  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re    Alexander Shapiro                                              ,         Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | Des Moines Tria Tower LLC- 25% ownership | - | Unknown |
| | | Tria Tower LLC- 25% ownership | - | Unknown |
| | | Millenium Townhomes LLC- 25% ownership | - | Unknown |
| | | The Minneapolis Grand LLC- 25% ownership | - | Unknown |
| | | Firethorne Condominiums LLC- 25% ownership | - | 4,500,000.00 |
| | | Piazza Siena Condominiums LLC- 25% ownership | - | Unknown |
| | | The Landing Condominiums of Waukesha LLC- 25% ownership | - | 400,000.00 |
| | | 214 South Wood LLC- 25% ownership | - | Unknown |
| | | Kenton Park Condominiums LLC- 25% ownership | - | Unknown |
| | | Lunt Gardens LLC- 25% ownership | - | Unknown |
| | | 2652 West Rascher LLC- 25% ownership | - | Unknown |
| | | 7334 North Ridge LLC- 25% ownership | - | Unknown |
| | | Tria Properties LLC- 25% ownership | - | Unknown |
| | | Blue Sky Real Estate LLC- 25% ownership | - | Unknown |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

Sub-Total >     4,900,000.00
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Alexander Shapiro                                                    ,          Case No. _____
_____
                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|:---:|
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Tax refund | J | Unknown |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Lexus LX 470 | - | 23,000.00 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 23,000.00 |
| (Total of this page) | |

Sheet  __2__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Alexander Shapiro                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          0.00
(Total of this page)
Total >       4,932,500.00

Sheet   3   of   3   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

In re    Alexander Shapiro                                    ,     Case No. _____
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                        $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                 *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** 343 Fairview Deerfield, IL 60015 | 735 ILCS 5/12-901 | 15,000.00 | 1,500,000.00 |
| **Cash on Hand** Cash | 735 ILCS 5/12-1001(b) | 500.00 | 5,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** citibank checking | 735 ILCS 5/12-1001(b) | 1,000.00 | 1,000.00 |
| **Household Goods and Furnishings** Furniture, appliances | 735 ILCS 5/12-1001(b) | 2,500.00 | 2,500.00 |
| **Wearing Apparel** mens clothing, shoes | 735 ILCS 5/12-1001(a) | 1,000.00 | 1,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** 2005 Lexus LX 470 | 735 ILCS 5/12-1001(c) | 2,400.00 | 23,000.00 |

|  |  | Total: | 22,400.00 | 1,532,500.00 |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  Alexander Shapiro _____,  Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>Chase<br>PO Box 901008<br>Fort Worth, TX 76101 | | - | 2005 Lexus LX 470 <br><br><br> Value $           23,000.00 | | | | 22,000.00 | 0.00 |
| Account No. <br><br>First Bank of Highland Park<br>633 Skokie Blvd<br>Northbrook, IL 60062 | X | - | 101 Old Oak Dr. 310<br>Buffalo Grove, IL 60089 <br><br> Value $         180,000.00 | | | | 235,000.00 | 55,000.00 |
| Account No. <br><br>First Bank of Highland Park<br>633 Skokie Blvd<br>Northbrook, IL 60062 | | - | Mortgage <br><br>100 E Main Street #110<br>Waukesha, WI 53186 <br><br> Value $         100,000.00 | | | | 140,720.00 | 40,720.00 |
| Account No. <br><br>First Bank of Highland Park<br>633 Skokie Blvd<br>Northbrook, IL 60062 | | - | Mortgage <br><br>100 E. Main Street #114<br>Waukesha, WI 53186 <br><br> Value $         120,000.00 | | | | 174,640.00 | 54,640.00 |

   2___ continuation sheets attached

Subtotal<br>(Total of this page)         572,360.00      150,360.00

B6D (Official Form 6D) (12/07) - Cont.

In re    Alexander Shapiro                                                  ,        Case No. _____
                                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No.<br><br>First Midwest Bank<br>8501 W Higgins Rd<br>Chicago, IL 60631 | - | | | | 343 Fairview<br>Deerfield, IL 60015<br><br>Value $                1,500,000.00 | | | | 665,000.00 | 365,000.00 |
| Account No.<br><br>First Midwest Bank<br>8501 W Higgins Rd<br>Chicago, IL 60631 | - | | | | 343 Fairview<br>Deerfield, IL 60015<br><br>Value $                1,500,000.00 | | | | 328,000.00 | 328,000.00 |
| Account No.<br><br>Harris Bank, NA<br>P.O. Box 6201<br>Carol Stream, IL 60197-6201 | - | | | | 343 Fairview<br>Deerfield, IL 60015<br><br>Value $                1,500,000.00 | | | | 1,200,000.00 | 0.00 |
| Account No.<br><br>Landing Condominium Association<br>9375 Landings Lane<br>Des Plaines, IL 60016 | - | | | | Condo Association Fees<br><br>Value $                0.00 | | | | 17,350.00 | 17,350.00 |
| Account No.<br><br>National City<br>1900 E Ninth Street<br>Cleveland, OH 44114 | - | | | | First Mortgage<br><br>100 E. Main St. #116<br>Waukesha, WI 53186<br><br>Value $                120,000.00 | | | | 145,000.00 | 25,000.00 |

Sheet  1    of  2    continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 2,355,350.00 | 735,350.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    Alexander Shapiro_____,    Case No. _____
                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No.<br><br>National City<br>1900 E Ninth Street<br>Cleveland, OH 44114 | - | | | | Mortgage<br><br>100 E. Main Street #331<br>Waukesha, WI 53186<br><br>Value $            95,000.00 | | | | 122,700.00 | 27,700.00 |
| Account No.<br><br>National City<br>1900 E Ninth Street<br>Cleveland, OH 44114 | - | | | | Second Mortgage<br><br>100 E. Main St. #116<br>Waukesha, WI 53186<br><br>Value $           120,000.00 | | | | 30,340.00 | 30,340.00 |
| Account No.<br><br>Washington Mutual<br>P.O. Box 9001123<br>Louisville, KY 40290-1123 | - | | | | Mortgage<br><br>100 E. Main St. #218<br>Waukesha, WI 53186<br><br>Value $           120,000.00 | | | | 179,000.00 | 59,000.00 |
| Account No. | | | | | <br><br><br><br>Value $ | | | | | |
| Account No. | | | | | <br><br><br><br>Value $ | | | | | |

Sheet _2_ of _2_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | 332,040.00 | 117,040.00 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 3,259,750.00 | 1,002,750.00 |

B6E (Official Form 6E) (4/10)

In re   Alexander Shapiro                                                    ,        Case No. _____
                                    **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                       _____1_____ continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re     Alexander Shapiro                                            ,        Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Lake County Treasurer<br>18 N. County Street<br>Waukegan, IL 60085 | - | | 2008 property tax- 343 Fairview Ave. | | | | 34,000.00 | 0.00 | 34,000.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  1   of  1   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 34,000.00 | 0.00 | 34,000.00 |
|---|---|---|---|---|
| | Total (Report on Summary of Schedules) | 34,000.00 | 0.00 | 34,000.00 |

B6F (Official Form 6F) (12/07)

In re    Alexander Shapiro                                                                          , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor has primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| | | H | W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Ann Howe<br>100 E Main St #102<br>Waukesha, WI 53186 | - | | | | 2/22/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 3,854.48 |
| Account No.<br><br>Ada Nakshumov<br>526 Hummingbird Ln.<br>Deerfield, IL 60015 | - | | | | 12/29/06<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 5,274.35 |
| Account No.<br><br>Adam Herdman<br>507 Regan Dr.<br>Dundee, IL 60118 | - | | | | 12/28/06<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLCq | | | | 9,670.26 |
| Account No.<br><br>Adella Raykher<br>70 Oceana Dr. West #2D<br>Brooklyn, NY 11235 | - | | | | Business Debt- Investor- Piazza Siena Condominiums LLC | | | | 100,000.00 |

___59___ continuation sheets attached

Subtotal
(Total of this page)                                                           118,799.09

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                          ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Ahmad Karkukly 474 W Brookline Ct Palatine, IL 60067 | - | | 2/21/07 Business Debt- Buyer- Lunt Gardens LLC | | | | 13,607.69 |
| Account No.  Ahmad Karkukly 474 W Brookline Ct Palatine, IL 60067 | - | | 4/6/07 Business Debt- Buyer- Lunt Gardens LLC | | | | 13,911.96 |
| Account No.  Albert Yonan 5303 W Jarvis Skokie, IL 60077 | | | 10/15/07 Business Debt- Buyer- Firethorne Condominiums LLC | | | | 15,608.40 |
| Account No.  Alex Askinazi 719 Williams Wat Vernon Hills, IL 60061 | - | | 12/21/06 Business Debt- Buyer- The Landing Condominiums of Waukesha LLC- Unit 312 | | | | 5,063.00 |
| Account No.  Alex Gershbeyn 6742 N St. Louis Lincolnwood, IL 60712 | - | | 11/28/07 Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 11,015.21 |

Sheet no. __1__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

59,206.26

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                                    ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 1/7/08 | | | | |
| Alex Gershbeyn 6742 N St. Louis Lincolnwood, IL 60712 | - | | | | Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 8,474.82 |
| Account No. | | | | | 1/4/08 | | | | |
| Alex Gershbeyn 6742 N St. Louis Lincolnwood, IL 60712 | - | | | | Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 8,474.82 |
| Account No. | | | | | 11/27/07 | | | | |
| Alex Gershbeyn 6742 N St. Louis Lincolnwood, IL 60712 | - | | | | Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 12,907.06 |
| Account No. | | | | | 12/7/07 | | | | |
| Alex Gershbeyn 6742 N St. Louis Lincolnwood, IL 60712 | - | | | | Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 8,485.62 |
| Account No. | | | | | 3/29/07 | | | | |
| Alex Kalicka & Vlad Yekelchik 640 Happfield Dr. Arlington Heights, IL 60004 | - | | | | Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,271.82 |

| Sheet no. _2_ of _59_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 44,614.14 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                    ,     Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Alex Reznik<br>11308 Moorpark St. #1<br>Studio City, CA 91602 | | - | Business Debt- Investor- Landing Condominiums of Waukesha LLC | | | | 150,000.00 |
| Account No.<br><br>Alina Kinkov<br>101 Old Oak Drive<br>#310<br>Buffalo Grove, IL 60089 | | - | 5/07<br>Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | 13,954.80 |
| Account No.<br><br>Alina Kinkov<br>101 Old Oak Drive #310<br>Buffalo Grove, IL 60089 | | | 12/10/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 7,499.26 |
| Account No.<br><br>Amcore Bank<br>Northwest Hwy<br>Crystal Lake, IL 60014 | X | - | 6/07<br>Millenium Townhomes LLC- 25% ownership | | | | 3,276,982.00 |
| Account No.<br><br>Amcore Bank<br>Northwest Highway<br>Crystal Lake, IL 60014 | X | - | 9/06<br>Piazza Siena Condominiums LLC- 25% ownership | | | | 5,511,200.00 |

Sheet no. __3__ of __59__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     8,959,636.06

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                            ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Piazza Siena Condominiums LLC- 25% ownership | | | | |
| Amcore Bank Northwest Hwy Crystal Lake, IL 60014 | X | - | | | | | | | 900,000.00 |
| Account No. | | | | | 11/05 214 South Wood LLC- 25% ownership | | | | |
| Amcore Bank Northwest Hwy Crystal Lake, IL 60014 | X | - | | | | | | | 592,000.00 |
| Account No. | | | | | Business Debt- Investor- Tria Properties LLC | | | | |
| Anatoly & Lisa Yekelchik 640 Happfield Dr. Arlington Heights, IL 60004 | | - | | | | | | | 100,000.00 |
| Account No. | | | | | Business Debt- Investor- Blue Sky Real Estate LLC | | | | |
| Anatoly & Lisa Yekelchik 641 Happfield Dr. Arlington Heights, IL 60004 | | - | | | | | | | 50,000.00 |
| Account No. | | | | | Business Debt- Investor- 7334 N. Ridge LLC | | | | |
| Andrew Prunty 44 Lancaster Lane Lincolnshire, IL 60069 | | - | | | | | | | 75,000.00 |

Sheet no. __4__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,717,000.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Andrew Prunty <br> 44 Lancaster Lane <br> Lincolnshire, IL 60069 | - | | | 8/3/07 <br> Business Debt- Buyer- Firethorne Condominiums LLC | | | | 15,127.28 |
| Account No. <br><br> Andrew Prunty <br> 44 Lancaster Lane <br> Lincolnshire, IL 60069 | - | | | 3/07 <br> Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | 13,944.70 |
| Account No. <br><br> Andrew Prunty <br> 44 Lancaster Ln <br> Lincolnshire, IL 60069 | - | | | 12/8/06 <br> Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 3,402.17 |
| Account No. <br><br> Angela and Jason Cooper <br> 100 E Main St #201 <br> Waukesha, WI 53186 | - | | | 12/22/06 <br> Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 3,828.95 |
| Account No. <br><br> Ann & Joe Discarser <br> 100 E Main St #108 <br> Waukesha, WI 53186 | - | | | 12/15/06 <br> Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 3,644.45 |

Sheet no. _5___ of _59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    39,947.55

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                      ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>Anna Shapiro<br>2101 S Ocean Dr<br>Hollywood, FL 33019 | - | | | 12/26/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 11,954.41 |
| Account No.<br><br>Anna Shapiro<br>2101 S Ocean Dr<br>Hollywood, FL 33019 | - | | | 11/27/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,788.85 |
| Account No.<br><br>Anna Shapiro<br>2101 S Ocean Dr<br>Hollywood, FL 33019 | - | | | 1/7/08<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 4,845.12 |
| Account No.<br><br>Anna Shapiro<br>2101 S Ocean Dr<br>Hollywood, FL 33019 | - | | | 11/27/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 5,848.65 |
| Account No.<br><br>Anna Shapiro<br>2101 S Ocean Dr<br>Hollywood, FL 33019 | - | | | 4/14/08<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,013.78 |

Sheet no. __6__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,450.81

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re     Alexander Shapiro                                                              ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Anne Boynton<br>27630 W Groveland<br>Spring Grove, IL 60081 | - | | 12/21/07<br>Business Debt- Buyer- Kenton Park Condominiums | | | | 43,578.92 |
| Account No.<br><br>Anthony Aiello<br>310 E Church<br>#303<br>Libertyville, IL 60048 | - | | 9/1/06<br>Business Debt- Buyer- Kenton Park Condominiums | | | | 12,197.22 |
| Account No.<br><br>Anthony Aiello<br>310 E Church #303<br>Libertyville, IL 60048 | - | | 12/15/06<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC- Unit 314 | | | | 6,500.58 |
| Account No.<br><br>Anthony Aiello<br>310 E. Church #303<br>Libertyville, IL 60048 | - | | 12/15/06<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,602.03 |
| Account No.<br><br>Anthony D'Antuono<br>100 E Main St #107<br>Waukesha, WI 53186 | - | | 7/31/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 4,434.48 |

Sheet no. __7__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

73,313.23

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Antonio Elizondo<br>2836 Willow St<br>Franklin Park, IL 60131 | - | | | 6/15/07<br>Business Debt- Buyer- Lunt Gardens LLC | | | | 13,831.61 |
| Account No.<br><br>Armen Choulakian<br>3102 Kings Road #2305<br>Dallas, TX 75219 | - | | | 4/07<br>Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | 13,750.23 |
| Account No.<br><br>Art Krukoff<br>374 S Litchfield Ave<br>Round Lake, IL 60073 | - | | | 10/29/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,513.52 |
| Account No.<br><br>Ashor Haido<br>9429 N Overhill Ave<br>Morton Grove, IL 60053 | - | | | 10/4/07<br>Business Debt- Buyer- Firethorne Condominiums LLC | | | | 15,608.40 |
| Account No.<br><br>Ashor Haido<br>9429 N overhill Ave<br>Morton Grove, IL 60053 | - | | | 6/07<br>Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | 14,939.42 |

Sheet no. __8___ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

64,643.18

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Ashor Haido<br>9429 N Overhill Ave<br>Morton Grove, IL 60053 | - | | 3/23/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,218.70 |
| Account No.<br><br>Audrey Weidman<br>2220 Travers Lane<br>Flossmoor, IL 60422 | - | | 5/07<br>Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | 14,970.30 |
| Account No.<br><br>Audrey Weidman<br>2220 Travers Lane<br>Flossmoor, IL 60422 | - | | 12/7/06<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 8,219.79 |
| Account No.<br><br>Audrey Weidman<br>2220 Travers Lane<br>Flossmoor, IL 60422 | - | | 12/7/06<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 3,533.66 |
| Account No.<br><br>Bank of America<br>Attention: Bankruptcy<br>P.O. Box 15019<br>Wilmington, DE 19850 | - | | Credit Card | | | | 42,948.00 |

Sheet no. _9_ of _59_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

75,890.45

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Bel Haido<br>6453 N Kedzie<br>Chicago, IL 60645 | - | | | 9/21/07<br>Business Debt- Buyer- Firethorne Condominiums LLC | | | | 15,367.84 |
| Account No.<br><br>Billy Haido<br>6453 N. Kedzie Ave.<br>Chicago, IL 60645 | - | | | 5/07<br>Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | 15,027.50 |
| Account No.<br><br>Brian Johnson<br>2146 Commerce<br>Milwaukee, WI 53212 | - | | | 9/5/06<br>Business Debt- Buyer- Kenton Park Condominiums | | | | 12,222.99 |
| Account No.<br><br>Brian Johnson<br>2146 N Commerce St<br>Milwaukee, WI 53212 | - | | | 1/12/07<br>Business Debt- Buyer- Lunt Gardens LLC | | | | 13,095.57 |
| Account No.<br><br>Brian Johnson<br>2146 N. Comemrce St<br>Milwaukee, WI 53212 | - | | | 1/12/07<br>Business Debt- Buyer- Lunt Gardens LLC | | | | 13,688.40 |

Sheet no. __10__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

69,402.30

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     Alexander Shapiro                                                    ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 11/26/07 | | | | |
| Brian Solis 1016 Oakland Dr. Streamwood, IL 60107 | - | | Business Debt- Buyer- Lunt Gardens LLC | | | | 38,372.80 |
| Account No. | | | 1/29/07 | | | | |
| Brian Solis 1016 Oakland Dr. Streamwood, IL 60107 | - | | Business Debt- Buyer- Lunt Gardens LLC | | | | 13,607.69 |
| Account No. | | | 12/29/06 | | | | |
| Brian Solis 1016 Oakland Dr Streamwood, IL 60107 | - | | Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,329.56 |
| Account No. | | | 12/1/06 | | | | |
| Candelaria Milan 9445 N. Kenton Unit 108 Skokie, IL 60076 | - | | Business Debt- Buyer- Kenton Park Condominiums | | | | 12,621.39 |
| Account No. | | | | | | | |
| Carey Getlin 520 Williams Way Vernon Hills, IL 60061 | - | | Business Debt- Investor- Landing Condominiums of Waukesha LLC | | | | 100,000.00 |

Sheet no. __11__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

170,931.44

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                                           ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 8/14/06 | | | | |
| Carolina Siqueira 1000 W Adams Unit 412 Chicago, IL 60607 | - | | | Business Debt- Buyer- Kenton Park Condominiums | | | | 12,000.00 |
| Account No. | | | | 10/24/06 | | | | |
| Carolina Siqueira 1000 W. Adams Unit 412 Chicago, IL 60607 | - | | | Business Debt- Buyer- Kenton Park Condominiums | | | | 12,442.02 |
| Account No. | | | | 10/15/08 | | | | |
| Caroline Escobar 4232 N Ashland Chicago, IL 60613 | - | | | Business Debt- Buyer- Kenton Park Condominiums | | | | 15,612.45 |
| Account No. | | | | 12/24/07 | | | | |
| Caroline Escobar 4232 N Ashland Ave Chicago, IL 60613 | - | | | Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 9,718.00 |
| Account No. | | | | 8/24/06 | | | | |
| Caterina A. Larucci Larucci Properties 9515 Kelvin Lane Unit 2116 Schiller Park, IL 60176 | - | | | Business Debt- Buyer- Kenton Park Condominiums | | | | 12,000.00 |

Sheet no. __12__ of __59__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61,772.47

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                              ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt- Investor- Tria Properties LLC | | | | |
| Ceasar Ramirez | - | | | | | | |
| | | | | | | | 100,000.00 |
| Account No. | | | Credit Card | | | | |
| Chase Cardmember Service PO Box 15153 Wilmington, DE 19886-5153 | - | | | | | | |
| | | | | | | | 11,500.00 |
| Account No. | | | 12/14/07 Business Debt- Buyer- Kenton Park Condominiums | | | | |
| Chris Eastman 1435 Whitefence Rd Bartlett, IL 60103 | | | | | | | |
| | | | | | | | 40,060.28 |
| Account No. | | | 7/27/06 Business Debt- Buyer- Kenton Park Condominiums | | | | |
| Chris Eastman 4350 DiPaolo Center Suite C Glenview, IL 60025 | - | | | | | | |
| | | | | | | | 12,000.00 |
| Account No. | | | 12/14/07 Business Debt- Buyer- Firethorne Condominiums LLC | | | | |
| Chris Eastman 1435 Whitefence Rd Bartlett, IL 60103 | | | | | | | |
| | | | | | | | 16,089.52 |

Sheet no. __13__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

179,649.80

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Chris Eastman <br> 1435 Whitefence Rd <br> Bartlett, IL 60103 | - | | 12/14/07 <br> Business Debt- Buyer- Firethorne Condominiums LLC | | | | 16,089.52 |
| Account No. <br><br> Chris Eastman <br> 1435 Whitefence Rd <br> Bartlett, IL 60103 | - | | 12/14/07 <br> Business Debt- Buyer- Firethorne Condominiums LLC | | | | 16,089.52 |
| Account No. <br><br> Chris Eastman <br> 1435 Whitefence Rd <br> Bartlett, IL 60103 | - | | 7/07 <br> Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | 14,339.88 |
| Account No. <br><br> Chris Eastman <br> 1435 Whitefence Rd <br> Bartlett, IL 60103 | - | | 1/10/08 <br> Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 8,474.81 |
| Account No. <br><br> Chris Eastman <br> 1435 Whitefence Rd <br> Bartlett, IL 60103 | - | | 12/18/07 <br> Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 8,445.12 |

Husband, Wife, Joint, or Community

Sheet no. __14__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

63,438.85

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro _____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 7/31/08 | | | | |
| Chris Eastman 1435 Whitefence Rd. Bartlett, IL 60103 | - | | Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | |
| | | | | | | | 8,445.12 |
| Account No. | | | 12/26/07 | | | | |
| Chris Eastman 1435 Whitefence Rd. Bartlett, IL 60103 | - | | Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | |
| | | | | | | | 8,445.12 |
| Account No. | | | 12/7/06 | | | | |
| Chris Eastman 1435 Whitefence Rd Bartlett, IL 60103 | - | | Business Debt- Buyer- The Landing Condominiums of Waukesha LLC- Unit 313 | | | | |
| | | | | | | | 6,020.75 |
| Account No. | | | 12/7/06 | | | | |
| Chris Eastman 1435 Whitefence Rd Bartlett, IL 60103 | - | | Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | |
| | | | | | | | 9,778.90 |
| Account No. | | | 11/07 | | | | |
| Chris Javadi 3102 Kings Rd #2108 Dallas, TX 75219 | - | | Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | |
| | | | | | | | 13,944.70 |

Sheet no. __15__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

46,634.59

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 5/07 Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | |
| Chris Lawes 5749 Wood Gate Matteson, IL 60443 | - | | | | | | | 14,038.20 |
| Account No. | | | | Business Debt- Investor- Landing Condominiums of Waukesha LLC | | | | |
| Christopher Eastman 1435 Whitefence Rd. Bartlett, IL 60103 | - | | | | | | | 310,000.00 |
| Account No. | | | | 6/29/07 Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | |
| Corey Dunteman 814 Alexandra Blvd Crystal Lake, IL 60014 | - | | | | | | | 6,842.31 |
| Account No. | | | | 6/29/07 Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | |
| Corey Duntman 814 Alexandra Blvd Crystal Lake, IL 60014 | - | | | | | | | 6,728.70 |
| Account No. | | | | 6/07 Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | |
| Daiva Totoriene 33 Terrace Lane #a Lake Zurich, IL 60047 | - | | | | | | | 14,150.28 |

Sheet no. _16_ of _59_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        351,759.49

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                    ,    Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Daiva Totoriene<br>33 Terrace Lane #A<br>Lake Zurich, IL 60047 | - | | | 5/10/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,997.63 |
| Account No.<br><br>Dale & Gay Knutson<br>100 E main St #316<br>Waukesha, WI 53186 | - | | | 10/17/06<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 1,760.30 |
| Account No.<br><br>Dave Roth<br>2218 Barrett Drive<br>Algonquin, IL 60102 | - | | | 12/11/06<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,223.63 |
| Account No.<br><br>David and Carol Barclay<br>100 E Main St #112<br>Waukesha, WI 53186 | - | | | 5/10/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,588.35 |
| Account No.<br><br>David Roth<br>2218 Barrett Drive<br>Algonquin, IL 60102 | - | | | 10/26/06<br>Business Debt- Buyer- Kenton Park Condominiums | | | | 12,376.60 |

Sheet no. __17__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,946.51

B6F (Official Form 6F) (12/07) - Cont.

In re  Alexander Shapiro                                                    ,     Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Dean A Simon<br>100 E Main St #104<br>Waukesha, WI 53186 | - | | 11/2/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,771.72 |
| Account No.<br><br>Demetri Koroyanis<br>1715 Pavilion Way<br>#304<br>Park Ridge, IL 60068 | - | | 8/22/07<br>Business Debt- Buyer- Firethorne Condominiums LLC | | | | 15,127.28 |
| Account No.<br><br>Demetri Koroyanis<br>1715 Pavilion Way #304<br>Park Ridge, IL 60068 | - | | 5/1/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 8,391.50 |
| Account No.<br><br>Dmitry Feldman<br>2456 W Huron<br>Chicago, IL 60612 | - | | 9/13/06<br>Business Debt- Buyer- Kenton Park Condominiums | | | | 12,165.51 |
| Account No.<br><br>Dmitry Feldman<br>2456 W Huron<br>Chicago, IL 60612 | - | | 2/13/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC- Unit 315 | | | | 6,095.18 |

Sheet no. __18__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

48,551.19

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                                    ,    Case No. _____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Dwight Simmons<br>100 Alexandra Ct<br>Mundelein, IL 60060 | - | | | 9/17/07<br>Business Debt- Buyer- Firethorne Condominiums LLC | | | | 15,367.84 |
| Account No.<br><br>Ed Armstrong<br>1541 Kennett<br>Lake Forest, IL 60045 | - | | | Business Debt- Investor- Landing Condominiums of Wuakesha LLC | | | | 100,000.00 |
| Account No.<br><br>Ed Armstrong<br>1541 Kennett<br>Lake Forest, IL 60045 | - | | | 12/4/06<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,134.36 |
| Account No.<br><br>Ed Armstrong<br>1541 Kennett<br>Lake Forest, IL 60045 | - | | | 12/4/06<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,134.35 |
| Account No.<br><br>Ed Armstrong<br>1541 Kennett<br>Lake Forest, IL 60045 | - | | | 12/4/06<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,134.35 |

Sheet no. __19__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          133,770.90

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                                    ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Edward Allen <br> 710 Yorktown Dr <br> Algonquin, IL 60102 | - | | | 12/22/06 <br> Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,249.13 |
| Account No. <br><br> Edwin Centeno <br> 9445 N. Kenton <br> Unit 102 <br> Skokie, IL 60076 | - | | | 4/17/07 <br> Business Debt- Buyer- Kenton Park Condominiums | | | | 14,921.71 |
| Account No. <br><br> Elizabeth Peters <br> 936 Topanga Drive <br> Palatine, IL 60074 | - | | | 5/07 <br> Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | 13,888.00 |
| Account No. <br><br> Emily Balch <br> 3235 Cole Ave. <br> Dallas, TX 75204 | - | | | 10/07 <br> Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | 16,008.30 |
| Account No. <br><br> Eric and Amanda Roddy <br> 100 E Main St #206 <br> Waukesha, WI 53186 | - | | | 11/28/06 <br> Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 7,742.62 |

Sheet no. __20__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

58,809.76

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Erik Williams<br>3822 Parsons Road<br>Carpentersville, IL 60110 | - | | | 6/07<br>Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | 14,150.28 |
| Account No.<br><br>Erin Turtenwalk<br>100 E Main St #431<br>Waukesha, WI 53186 | - | | | 9/11/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 4,823.78 |
| Account No.<br><br>Eugene and Ruth Rasch<br>100 E Main St #306<br>Waukesha, WI 53186 | - | | | 8/8/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 4,381.49 |
| Account No.<br><br>Felix Gorfin<br>918 Hobson Dr<br>Buffalo Grove, IL 60089 | - | | | 12/26/06<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,249.13 |
| Account No.<br><br>Feliz Gorfin<br>918 Hobson Dr.<br>Buffalo Grove, IL 60089 | - | | | 8/3/07<br>Business Debt- Buyer- Firethorne Condominiums LLC | | | | 15,127.28 |

Sheet no. __21__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       44,731.96

B6F (Official Form 6F) (12/07) - Cont.

In re   Alexander Shapiro                                                    ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 4/07 Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | |
| Feliz Gorfin 918 Hobson Drive Buffalo Grove, IL 60089 | | - | | | | | | 13,759.32 |
| Account No. | | | | Credit Card | | | | |
| Fifth Third Bank PO Box 740789 Cincinnati, OH 45274-0789 | | - | | | | | | 15,795.00 |
| Account No. | | | | Business Debt- Investor- Tria Properties LLC | | | | |
| Financial Guru | | - | | | | | | 75,000.00 |
| Account No. | | | | 1/07 Firethorne Condominiums LLC- 25% ownership | | | | |
| First Bank of Highland Park 633 Skokie Blvd Northbrook, IL 60062 | X | - | | | | | | 6,547,223.00 |
| Account No. | | | | 7/06 The Landing Condominiums of Waukesha LLC- 25% ownership | | | | |
| First Midwest Bank 8501 W Higgins Rd Chicago, IL 60631 | X | - | | | | | | 367,000.00 |

Sheet no. __22__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,018,777.32

B6F (Official Form 6F) (12/07) - Cont.

In re   Alexander Shapiro                                                          ,   Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>First Midwest Bank<br>8501 W Higgins Rd<br>Chicago, IL 60631 | X | - | | 7/07<br>Tria Properties LLC- 25% ownership | | | | 500,000.00 |
| Account No.<br><br>Foster Bank<br>5225 N. Kedzie Ave.<br>Chicago, IL 60625 | X | - | | 11/07<br>Tria Tower LLC- 25% ownership | | | | 2,281,425.00 |
| Account No.<br><br>Foster Bank<br>5225 N. Kedzie Ave.<br>Chicago, IL 60625 | X | - | | Firethorne Condominiums LLC- 25% ownership | | | | 850,000.00 |
| Account No.<br><br>Fred Alford<br>1572 Madison Ave<br>Saint Charles, IL 60174 | | - | | 8/23/07<br>Business Debt- Buyer- Firethorne Condominiums LLC | | | | 15,127.28 |
| Account No.<br><br>Gabriel Adebayo<br>9074 W Terrace Dr.<br>Apt 6-1<br>Niles, IL 60714 | | - | | 3/14/07<br>Business Debt- Buyer- Lunt Gardens LLC | | | | 14,434.48 |

Sheet no. __23__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,660,986.76

B6F (Official Form 6F) (12/07) - Cont.

In re   Alexander Shapiro
                                                                     ,   Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 1/30/07 Business Debt- Buyer- Lunt Gardens LLC | | | | |
| Geno Bondioli 2422 Patrick Ln Waukesha, WI 53188 | - | | | | | | 13,768.48 |
| Account No. | | | 1/30/07 Business Debt- Buyer- Lunt Gardens LLC | | | | |
| Geno Bondioli 2422 Patrick Ln Waukesha, WI 53188 | - | | | | | | 13,808.66 |
| Account No. | | | 8/3/06 Business Debt- Buyer- Kenton Park Condominiums | | | | |
| Gina Cabrerra 9445 N. Kenton Unit 208 Skokie, IL 60076 | - | | | | | | 12,000.00 |
| Account No. | | | 12/28/06 Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | |
| Griesemer 100 E Main St #413 Waukesha, WI 53186 | - | | | | | | 3,450.45 |
| Account No. | | | 12/7/06 Business Debt- Buyer- Kenton Park Condominiums | | | | |
| Guy Hollingsworth 7647 Tripp Ave Skokie, IL 60076 | - | | | | | | 15,959.30 |

Sheet no. __24__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

58,986.89

B6F (Official Form 6F) (12/07) - Cont.

In re     Alexander Shapiro                                                              ,          Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Guy Hollingsworth<br>7647 Tripp Ave<br>Skokie, IL 60076 | - | | 12/14/06<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 3,394.47 |
| Account No.<br><br>Hasibullah Aqai<br>6648 N Ashland Ave<br>#3S<br>Chicago, IL 60626 | - | | 1/24/07<br>Business Debt- Buyer- Lunt Gardens LLC | | | | 13,165.57 |
| Account No.<br><br>Husien Shoshain<br>1534 W. Rue James<br>Palatine, IL 60067 | - | | 9/13/06<br>Business Debt- Buyer- Kenton Park Condominiums | | | | 12,221.01 |
| Account No.<br><br>Husien Shoshain<br>1534 W Rue james<br>Palatine, IL 60067 | - | | 10/5/06<br>Business Debt- Buyer- Kenton Park Condominiums | | | | 12,434.08 |
| Account No.<br><br>Irina Rudman<br>924 Inverrary Ln<br>Deerfield, IL 60015 | - | | 12/5/06<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 9,677.96 |

Sheet no. __25__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,893.09

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                                    ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>Ivan Chavez<br>4152 N Mcvicker<br>Chicago, IL 60634 | - | | | 11/27/07<br>Business Debt- Buyer- Lunt Gardens LLC | | | | 43,487.56 |
| Account No.<br><br>Jack Bertram<br>2201 Travers Ln<br>Flossmoor, IL 60422 | - | | | Business Debt- Investor- Tria Tower LLC | | | | 100,000.00 |
| Account No.<br><br>Jacob LaConte<br>100 E Main St #330<br>Waukesha, WI 53186 | - | | | 9/17/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,241.39 |
| Account No.<br><br>James Errant | - | | | Business Debt- Investor- Piazza Siena Condominiums LLC | | | | 50,000.00 |
| Account No.<br><br>James H. Joel<br>100 E Main St #105<br>Waukesha, WI 53186 | - | | | 1/17/08<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 4,907.78 |

Sheet no. __26__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

204,636.73

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                                                 ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>James Prunty<br>538 patriot Ct<br>Gurnee, IL 60031 | - | | 8/3/07<br>Business Debt- Buyer- Firethorne Condominiums LLC | | | | 15,127.28 |
| Account No.<br><br>Jamie Solis<br>4016 N Parkside Ave<br>Chicago, IL 60634 | - | | 3/2/07<br>Business Debt- Buyer- Lunt Gardens LLC | | | | 13,929.20 |
| Account No.<br><br>Jamie Solis<br>4016 N Parkside Ave<br>Chicago, IL 60634 | - | | 12/20/07<br>Business Debt- Buyer- Lunt Gardens LLC | | | | 48,191.20 |
| Account No.<br><br>Jan Latter<br>1143 Harvard Lane<br>Buffalo Grove, IL 60089 | - | | Business Debt- Investor- Landing Condominiums of Waukesha LLC | | | | 100,000.00 |
| Account No.<br><br>Jan Latter<br>1143 Harvard Lane<br>Buffalo Grove, IL 60089 | - | | 8/6/07<br>Business Debt- Buyer- Firthorne Condominiums LLC | | | | 15,127.28 |

Sheet no. __27__ of __59__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

192,374.96

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                          ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>Jim and Bessie Grigorakos<br>9445 N. Kenton<br>Unit 411<br>Skokie, IL 60076 | - | | | 9/29/06<br>Business Debt- Buyer- Kenton Park Condominiums | | | | 12,240.83 |
| Account No.<br><br>John Murphy<br>100 E Main St #210<br>Waukesha, WI 53186 | - | | | 12/15/06<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 3,394.47 |
| Account No.<br><br>John Nikho<br>457 Birchwood Court<br>Willowbrook, IL 60527 | - | | | 4/07<br>Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | 14,729.07 |
| Account No.<br><br>John Nikho<br>457 Birchwood Court<br>Willowbrook, IL 60527 | - | | | 7/23/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,425.04 |
| Account No.<br><br>John Schorsch<br>36 Squire Rd.<br>Lake Zurich, IL 60047 | - | | | Business Debt- Investor- Tria Properties LLC | | | | 119,000.00 |

Sheet no. __28__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

155,789.41

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                              ,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> John Schorsch<br>36 Squire Rd.<br>Lake Zurich, IL 60047 | - | | Business Debt- Investor- Kenton Park Condominiums LLC | | | | 195,000.00 |
| Account No. <br><br> John Schorsch<br>36 Squire Rd<br>Lake Zurich, IL 60047 | - | | 12/5/06<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,020.75 |
| Account No. <br><br> John Schorsch<br>36 Squire Rd<br>Lake Zurich, IL 60047 | - | | 12/5/06<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,134.36 |
| Account No. <br><br> John Schorsch<br>36 Squire Rd<br>Lake Zurich, IL 60047 | - | | 12/5/06<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,389.37 |
| Account No. <br><br> Jon Meltzer<br>520 W Huron<br>#502<br>Chicago, IL 60610 | - | | 8/14/06<br>Business Debt- Buyer- Kenton Park Condominiums | | | | 12,000.00 |

Sheet no. __29__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

225,544.48

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                  ,      Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Jon Meltzer<br>520 W Huron<br>Unit 502<br>Chicago, IL 60610 | - | | 12/13/06<br>Business Debt- Buyer- Lunt Gardens LLC | | | | 13,148.35 |
| Account No.<br><br>Jon Meltzer<br>520 W Huron #502<br>Chicago, IL 60610 | - | | 8/07<br>Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | 14,649.66 |
| Account No.<br><br>Jon Meltzer<br>520 W Hurton #502<br>Chicago, IL 60610 | - | | 11/07<br>Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | 14,252.70 |
| Account No.<br><br>Jon Meltzer<br>520 W Huron #502<br>Chicago, IL 60610 | - | | 12/26/06<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC- Unit 318 | | | | 9,760.74 |
| Account No.<br><br>Jonathan Birdwell & Kaitlyn Hinman<br>100 E Main St #209<br>Waukesha, WI 53186 | - | | 11/15/06<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 3,444.45 |

Sheet no. __30__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

55,255.90

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   Alexander Shapiro                                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt- Investor- Tria Properties LLC | | | | |
| Joseph Budker 333 E 34 St New York, NY 10016 | - | | | | | | 500,000.00 |
| Account No. | | | Business Debt- Investor- Des Moines Tria Tower LLC | | | | |
| Joseph Mandale 27 Addington Dr. Langhorne, PA 19053 | - | | | | | | 243,754.00 |
| Account No. | | | 5/07 Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | |
| Juan Rogel 9534 W Addison Franklin Park, IL 60131 | | | | | | | 14,686.60 |
| Account No. | | | 10/25/06 Business Debt- Buyer- Kenton Park Condominiums | | | | |
| Julio Quezada 3310 N oak Park Chicago, IL 60634 | | | | | | | 12,442.02 |
| Account No. | | | 10/25/06 Business Debt- Buyer- Kenton Park Condominiums | | | | |
| Kabir Kassam 121 Commons Court Wheeling, IL 60090 | - | | | | | | 12,420.22 |

Sheet no. __31__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

783,302.84

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                        ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>karen Eneitzel<br>100 E Main St #304<br>Waukesha, WI 53186 | | - | | 8/9/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 4,695.31 |
| Account No.<br><br>Kathy Strait<br>N27 W22270 Burningwood<br>Waukesha, WI 53186 | | - | | 1/25/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 3,409.36 |
| Account No.<br><br>Keith and Judy Gardenier<br>100 E Main St #111<br>Waukesha, WI 53186 | | - | | 8/20/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 4,604.48 |
| Account No.<br><br>Kelsey A. Taylor<br>3120 S Indiana Ave #403<br>Chicago, IL 60616 | | - | | 12/21/06<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,126.66 |
| Account No.<br><br>Kelsey Taylor<br>3120 S Indiana Ave #403<br>Chicago, IL 60616 | | - | | 9/27/07<br>Business Debt- Buyer- Firethorne Condominiums LLC | | | | 15,367.84 |

Sheet no. __32__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,203.65

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                                    ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 4/07 Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | |
| Kelsey Taylor 3120 S Indiana Ave #403 Chicago, IL 60616 | - | | | | | | | 13,743.84 |
| Account No. | | | | Business Debt- Investor- Landing Condominiums of Waukesha LLC | | | | |
| Ken Ullenius 10609 N Sleepy Hollow Rd Chicago, IL 60615 | - | | | | | | | 50,000.00 |
| Account No. | | | | 1/11/07 Business Debt- Buyer- Lunt Gardens LLC | | | | |
| Kimberly Hunt 2704 W Lunt Unit 203 Chicago, IL 60645 | - | | | | | | | 13,487.08 |
| Account No. | | | | 12/18/06 Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | |
| Laura Lisserman 2066 St Johns #407 Highland Park, IL 60035 | - | | | | | | | 3,578.96 |
| Account No. | | | | 11/2/06 Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | |
| Lee Ann Daviss 100 E Main St #432 Waukesha, WI 53186 | - | | | | | | | 4,736.36 |

Sheet no. __33__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                85,546.24

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                                          ,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Leonard & Arina Goldstein<br>6831 N Kostner<br>Lincolnwood, IL 60712 | - | | | | 12/6/06<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,337.27 |
| Account No.<br><br>Leonard Goldsteyn<br>6831 N. Kostner<br>Lincolnwood, IL 60712 | - | | | | 8/3/06<br>Business Debt- Buyer- Kenton Park Condominiums | | | | 12,000.00 |
| Account No.<br><br>Lev Nakshunov<br>526 Hummingbird Ln<br>Deerfield, IL 60015 | - | | | | 3/23/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,079.22 |
| Account No.<br><br>Lionel And Lorraine Gilbert<br>9445 N Kenton<br>Unit 402<br>Skokie, IL 60076 | - | | | | 10/25/06<br>Business Debt- Buyer- Kenton Park Condominiums | | | | 12,483.64 |
| Account No.<br><br>Louis Gerhard Properties LLC<br>2220 Travers lane<br>Flossmoor, IL 60422 | - | | | | Business Debt- Investor- Tria Tower LLC | | | | 100,000.00 |

Sheet no. __34__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

136,900.13

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro _____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.

Marina Verbitsky
1717 N larrabee
Unit 13S
Chicago, IL 60614 | - | | | 9/22/06
Business Debt- Buyer- Kenton Park Condominiums | | | | 12,217.04 |
| Account No.

Marina Verbitsky
1717 N Larrabee
#135
Chicago, IL 60614 | - | | | 12/15/06
Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,126.66 |
| Account No.

Mark Berkun
4022 N Mirchell
Arlington Heights, IL 60004 | - | | | Business Debt- Investor- Tria Properties LLC | | | | 125,000.00 |
| Account No.

Mark Gershbeyn
6742 N. St. Louis
Lincolnwood, IL 60712 | - | | | Business Debt- Investor- Tria Properties LLC | | | | 370,000.00 |
| Account No.

Mark Gershbeyn
6743 N. St. Louis
Lincolnwood, IL 60712 | - | | | Business Debt- Investor- 7334 North Ridge LLC | | | | 100,000.00 |

| | | |
|---|---|---|
| Sheet no. __35__ of __59__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal
(Total of this page) | 613,343.70 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt- Investor- Landing Condominiums of Waukesha LLC | | | | |
| Mark Tibbets 3246 Robincrest Dr. Northbrook, IL 60062 | - | | | | | | | |
| | | | | | | | | 200,000.00 |
| Account No. | | | | 8/2/07 Business Debt- Buyer- Firethorne Condominiums LLC | | | | |
| Mark Tibbets 3246 Robincrest Dr. Northbrook, IL 60062 | - | | | | | | | |
| | | | | | | | | 15,127.28 |
| Account No. | | | | 11/30/06 Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | |
| Mark TIbbits 3246 Robincrest Dr Northbrook, IL 60062 | - | | | | | | | |
| | | | | | | | | 5,849.21 |
| Account No. | | | | 12/7/06 Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | |
| Marks Altwood 506 Middlebury Dr. Lake Forest, IL 60045 | - | | | | | | | |
| | | | | | | | | 6,020.75 |
| Account No. | | | | 6/8/07 Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | |
| Marty Schramm 100 E main St #111 Waukesha, WI 53186 | - | | | | | | | |
| | | | | | | | | 4,264.48 |

Sheet no. __36__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

231,261.72

B6F (Official Form 6F) (12/07) - Cont.

In re   Alexander Shapiro                                              ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 10/27/06 Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | |
| Mary Regar 1140 S Springdale Rd Waukesha, WI 53186 | - | | | | | | | 3,054.47 |
| Account No. | | | | 11/27/07 Business Debt- Buyer- Lunt Gardens LLC | | | | |
| Michael and Karen Harris 885 S 6th Ave Des Plaines, IL 60016 | - | | | | | | | 41,579.52 |
| Account No. | | | | 12/29/06 Business Debt- Buyer- Lunt Gardens LLC | | | | |
| Michael and Karen Harris 885 S 6th Ave Des Plaines, IL 60016 | - | | | | | | | 13,263.20 |
| Account No. | | | | 3/5/07 Business Debt- Buyer- Lunt Gardens LLC | | | | |
| Michael and Karen Harris 885 S 6th Ave Des Plaines, IL 60016 | - | | | | | | | 14,021.12 |
| Account No. | | | | 5/07 Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | |
| Michael and Karen Harris 885 S 6th Ave Des Plaines, IL 60016 | - | | | | | | | 14,081.10 |

Sheet no. __37__ of __59__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)          85,999.41

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Mike Burke<br>2283 Fishbook Way<br>Wauconda, IL 60084 | - | | | Business Debt- Investor- Landing Condominiums of Waukesha LLC | | | | 215,000.00 |
| Account No.<br><br>Mike Burke<br>2383 Fishbook Way<br>Wauconda, IL 60084 | - | | | 12/21/07<br>Business Debt- Buyer- Firethorne Condominiums LLC | | | | 16,089.52 |
| Account No.<br><br>Mike Burke<br>PO Box 821<br>Wauconda, IL 60084 | - | | | 1/08<br>Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | 16,779.72 |
| Account No.<br><br>Mike Harris<br>885 S. 6th Ave<br>Des Plaines, IL 60016 | - | | | 6/22/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,801.74 |
| Account No.<br><br>Mike Silverman<br>Po Box 5443<br>Buffalo Grove, IL 60089 | - | | | 2/15/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,162.31 |

Sheet no. __38__ of __59__ sheets attached to Schedule of                                    Subtotal                     260,833.29
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   Alexander Shapiro                                                    ,      Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Mike Smolyansky<br>2456 W Huron<br>Chicago, IL 60612 | - | | | 10/25/06<br>Business Debt- Buyer- Kenton Park Condominiums | | | | 12,445.96 |
| Account No.<br><br>Mike Smolyansky<br>2456 W Huron<br>Chicago, IL 60612 | - | | | 6/26/07<br>Business Debt- Buyer- Firethorne Condominiums LLC | | | | 14,646.16 |
| Account No.<br><br>Mike Smolyansky<br>2456 W Huron<br>Chicago, IL 60612 | - | | | 2/9/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 10,037.13 |
| Account No.<br><br>Monique Zaychik<br>6726 N. St. Louis<br>Lincolnwood, IL 60712 | - | | | Business Debt- Investor- Tria Properties LLC | | | | 95,000.00 |
| Account No.<br><br>National City<br>P.O. Box 1820<br>Dayton, OH 45401-1820 | - | | | Line of Credit | | | | 54,600.00 |

Sheet no. __39__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

186,729.25

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     Alexander Shapiro                                                    ,     Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>National City<br>1900 E Ninth St<br>Cleveland, OH 44114 | X | - | | 12/07<br>Des Moines Tria Tower LLC- 25% ownership | | | | 2,409,417.00 |
| Account No.<br><br>National City<br>1900 E Ninth St<br>Cleveland, OH 44114 | X | - | | 5/07<br>The Minneapolis Grand LLC- 25% ownership | | | | 12,731,152.00 |
| Account No.<br><br>Nenito and Anita Gameng<br>9445 N Kenton<br>Unit 311<br>Skokie, IL 60076 | | - | | 7/27/06<br>Business Debt- Buyer- Kenton Park Condominiums | | | | 12,000.00 |
| Account No.<br><br>Nenos Guiwargis<br>5043 Ave<br>Skokie, IL 60077 | | - | | 4/07<br>Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | 14,874.96 |
| Account No.<br><br>Noel and Cynthia Winke<br>100 E Main St #430<br>Waukesha, WI 53186 | | - | | 3/30/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 2,859.37 |

Sheet no. _40_ of _59_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,170,303.33

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                    ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt- Investor- Tria Properties LLC | | | | |
| Oleg Dumenko 17155 Woodland Dr. Grayslake, IL 60030 | - | | | | | | | 85,750.00 |
| Account No. | | | | 12/6/06 Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | |
| Oleg Dumenko 17155 Woodland Dr Grayslake, IL 60030 | - | | | | | | | 6,223.63 |
| Account No. | | | | 12/6/06 Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | |
| Oleg Dumenko 17155 Woodland Dr Grayslake, IL 60030 | - | | | | | | | 6,223.63 |
| Account No. | | | | Business Debt- Investor- Tria Properties LLC | | | | |
| Olga Shapiro 2602 Farnsworth Park Ridge, IL 60068 | - | | | | | | | 80,000.00 |
| Account No. | | | | 7/27/06 Business Debt- Buyer- Kenton Park Condominiums | | | | |
| Olga Shapiro 2602 Farnsworth Northbrook, IL 60062 | - | | | | | | | 12,000.00 |

Sheet no. __41__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

190,197.26

B6F (Official Form 6F) (12/07) - Cont.

In re     Alexander Shapiro                                                                    ,     Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Olga Shapiro <br> 2602 Farnsworth <br> Northbrook, IL 60062 | - | | | 12/7/06 <br> Business Debt- Buyer- Kenton Park Condominiums | | | | 16,936.63 |
| Account No. <br><br> Olga Shapiro <br> 2602 Farnsworth <br> Northbrook, IL 60062 | - | | | 12/24/07 <br> Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 8,916.13 |
| Account No. <br><br> Olga Shapiro <br> 2602 Farnsworth <br> Northbrook, IL 60062 | - | | | 12/14/06 <br> Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,615.97 |
| Account No. <br><br> Patricia and Ademole Oduwole <br> PO Box 632179 <br> Irving, TX 75063 | - | | | 11/07 <br> Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | 14,252.70 |
| Account No. <br><br> Patricia Kroner <br> 23415 S. 88th Ave. <br> Frankfort, IL 60423 | - | | | Business Debt- Investor- The Minneapolis Grand LLC | | | | 1,100,000.00 |

Sheet no. _42_ of _59_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,146,721.43

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.                         Paul Peretyatko 48 W 48th Street #900 New York, NY 10036 | | - | | Business Debt- Investor- Blue Sky Real Estate LLC | | | | 400,000.00 |
| Account No.                         Puritan Finance Corp 55 W Monroe St #3590 Chicago, IL 60603 | X | - | | Des Moines Tria Tower LLC- 25% ownership | | | | 710,000.00 |
| Account No.                         Puritan Finance Corp 55 W Monroe St #3590 Chicago, IL 60603 | X | - | | The Minneapolis Grand LLC- 25% ownership | | | | 1,500,000.00 |
| Account No.                         Puritan Finance Corp 55 W Monroe St. #3590 Chicago, IL 60603 | X | - | | Piazza Siena Condominiums LLC- 25% ownership | | | | 600,000.00 |
| Account No.                         Puritan Finance Corp 55 W Monroe St #3590 Chicago, IL 60603 | X | - | | Piazza Siena Condominiums LLC- 25% ownership | | | | 300,000.00 |

Sheet no. __43__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 3,510,000.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro
_____,    Case No. _____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Ramon & Nelsa Moreno<br>1138 N. Winchester Ave<br>Chicago, IL 60622 | - | | 9/25/06<br>Business Debt- Buyer- Kenton Park Condominiums | | | | 12,221.01 |
| Account No.<br><br>Ramon and Nelsa Moreno<br>1138 N Winchester Ave<br>Chicago, IL 60622 | - | | 9/25/06<br>Business Debt- Buyer- Kenton Park Condominiums | | | | 12,221.01 |
| Account No.<br><br>Ramon and Nelsa Moreno<br>1138 N Winchester Ave<br>Chicago, IL 60622 | - | | 4/07<br>Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | 14,660.58 |
| Account No.<br><br>Ramon Moreno<br>1138 N. Winchester Ave.<br>Chicago, IL 60622 | - | | Business Debt- Investor- Tria Towers LLC | | | | 100,000.00 |
| Account No.<br><br>Ramon Moreno<br>1138 N Winchester Ave<br>Chicago, IL 60622 | - | | 12/8/06<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,249.13 |

Sheet no. __44__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

145,351.73

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Randy Abeles | - | | | Business Debt- Investor- Tria Properties LLC | | | | 200,000.00 |
| Account No.<br><br>Raquel Corona<br>3212 Scott St<br>Franklin Park, IL 60131 | - | | | 7/2/07<br>Business Debt- Buyer- Lunt Gardens LLC | | | | 14,204.76 |
| Account No.<br><br>Renny Kurup<br>1125 W Belden #1<br>Chicago, IL 60614 | | | | 4/07<br>Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | 14,038.23 |
| Account No.<br><br>Renny Kurup<br>1125 W Belden #1<br>Chicago, IL 60614 | | | | 4/07<br>Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | 15,018.69 |
| Account No.<br><br>Renny Kurup<br>1125 W Belden #1<br>Chicago, IL 60614 | | | | 4/5/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 4,040.23 |

Sheet no. __45__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

247,301.91

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Rhodora Valera<br>9445 N Kenton<br>Unit 306<br>Skokie, IL 60076 | - | | | 7/28/06<br>Business Debt- Buyer- Kenton Park Condominiums | | | | 12,000.00 |
| Account No.<br><br>Richard and Deena Gillette<br>9445 N Kenton<br>Unit 406<br>Skokie, IL 60076 | - | | | 10/12/06<br>Business Debt- Buyer- Kenton Park Condominiums | | | | 12,433.08 |
| Account No.<br><br>Richard Fabian<br>1210 Davey Dr.<br>Batavia, IL 60510 | - | | | 8/23/07<br>Business Debt- Buyer- Firethorne Condominiums LLC | | | | 15,127.28 |
| Account No.<br><br>Rocco Tangorra<br>8560 W Foster #608<br>Norridge, IL 60706 | - | | | Business Debt- Investor- Tria Properties LLC | | | | 150,000.00 |
| Account No.<br><br>Rodel Uy<br>260 Grand Ridge Rd<br>Saint Charles, IL 60175 | - | | | 3/21/08<br>Business Debt- Buyer- Firethorne Condominiums LLC | | | | 16,811.20 |

Sheet no. _46_ of _59_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

206,371.56

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro _____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Rodel Uy<br>260 Grand Ridge<br>Saint Charles, IL 60175 | - | | 10/26/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 10,273.95 |
| Account No.<br><br>Roman and Yelena Anoufriev<br>274 Brunswick Drive<br>Buffalo Grove, IL 60089 | - | | 12/14/06<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,163.05 |
| Account No.<br><br>Roman Anoufriev and Yelena Schvartzman<br>274 Brunswick Drive<br>Buffalo Grove, IL 60089 | - | | 5/07<br>Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | 13,954.80 |
| Account No.<br><br>Roman Anoufriev and Yelena Schvartsman<br>274 Brunswick Drive<br>Buffalo Grove, IL 60089 | - | | 5/07<br>Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | 15,032.30 |
| Account No.<br><br>Roman Moreno<br>1138 N Winchester Ave<br>Chicago, IL 60622 | - | | 8/10/07<br>Business Debt- Buyer- Firethorne Condominiums LLC | | | | 15,127.28 |

Sheet no. __47__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

60,551.38

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                                              ,    Case No. _____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.  Romel Allahvardi 8352 Kilpatrick Skokie, IL 60076 | - | | | | 10/1/07 Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 12,314.61 |
| Account No.  Romel Allahvirdi 8352 Kilpatrick Skokie, IL 60076 | - | | | | 9/17/07 Business Debt- Buyer- Firethorne Condominiums LLC | | | | 15,367.84 |
| Account No.  Ronnie Brock 100 E main St #124 Waukesha, WI 53186 | - | | | | 3/13/08 Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 7,681.72 |
| Account No.  Ruben Araujo 9445 N Kenton Unit 302 Skokie, IL 60076 | - | | | | 9/19/06 Business Debt- Buyer- Kenton Park Condominiums | | | | 12,237.85 |
| Account No.  Russ Berkun 1926 Monroe Ave. Glenview, IL 60025 | - | | | | Business Debt- Investor- Tria Properties LLC | | | | 70,000.00 |

Sheet no. __48__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

117,602.02

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro _____ ,    Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Ruza Zukanacic<br>9445 N Kenton<br>Unit 303<br>Skokie, IL 60076 | - | | | 8/30/06<br>Business Debt- Buyer- Kenton Park Condominiums | | | | 12,000.00 |
| Account No.<br><br>Ryan Shepard<br>100 E Main St #101<br>Waukesha, WI 53186 | - | | | 3/15/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 3,754.49 |
| Account No.<br><br>Saed Salievski<br>771 Schultz St<br>Lemont, IL 60439 | - | | | 12/13/07<br>Business Debt- Buyer- Firethorne Condominiums LLC | | | | 16,089.52 |
| Account No.<br><br>Sally Aldaba<br>417 DiLorenzo Drive<br>Naperville, IL 60565 | - | | | 10/25/06<br>Business Debt- Buyer- Kenton Park Condominiums | | | | 12,497.50 |
| Account No.<br><br>Samra Zukancic<br>9445 N Kenton<br>Unit 208<br>Skokie, IL 60076 | - | | | 8/30/06<br>Business Debt- Buyer- Kenton Park Condominiums | | | | 12,000.00 |

Sheet no. _49_ of _59_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

56,341.51

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                                      ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Scanlan & O'Rorke<br>100 E main St #332<br>Waukesha, WI 53186 | - | | 8/6/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,001.78 |
| Account No.<br><br>Scott Scoletsky<br>1117 Davis Ave<br>Deerfield, IL 60015 | - | | 5/07<br>Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | 13,954.80 |
| Account No.<br><br>Scott Scoletsky<br>1117 Davis Ave<br>Deerfield, IL 60015 | - | | 12/22/06<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,362.77 |
| Account No.<br><br>Scott Skaletsky<br>1117 Davis<br>Deerfield, IL 60015 | - | | 9/21/06<br>Business Debt- Buyer- Kenton Park Condominiums | | | | 12,186.32 |
| Account No.<br><br>Sead Salievski<br>771 Schultz St<br>Lemont, IL 60439 | - | | 12/14/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 10,802.89 |

Sheet no. __50__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

49,308.56

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. Selma Zukanacic 9445 N Kenton Unit 310 Skokie, IL 60076 | - | | | 8/21/06 Business Debt- Buyer- Kenton Park Condominiums | | | | 12,000.00 |
| Account No. Shadab Jamal 2700 W Lunt #404 Chicago, IL 60645 | - | | | 10/3/06 Business Debt- Buyer- Lunt Gardens LLC | | | | 12,275.60 |
| Account No. Shamoom Ebrahimi 9418 Bay Colony Dr. #3S Des Plaines, IL 60016 | - | | | 10/15/07 Business Debt- Buyer- Firethorne Condominiums LLC | | | | 15,608.40 |
| Account No. Sheila Kassam 9445 N Kenton Unit 106 Skokie, IL 60076 | - | | | 8/3/06 Business Debt- Buyer- Kenton Park Condominiums | | | | 12,000.00 |
| Account No. Song Mounivong 8009 Vineyard Ln. Smyrna, TN 37167 | - | | | 12/12/07 Business Debt- Buyer- Lunt Gardens LLC | | | | 42,145.98 |

Sheet no. _51_ of _59_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            94,029.98

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Stanislav Podolony<br>3214 Carriage Way<br>Arlington Heights, IL 60004 | - | | 4/07<br>Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | 13,750.23 |
| Account No.<br><br>Steve Kallmeyer<br>536 W Evergreen St<br>Wheaton, IL 60187 | - | | 5/24/07<br>Business Debt- Buyer- Lunt Gardens LLC | | | | 13,837.30 |
| Account No.<br><br>Steve Kallmeyer<br>536 W Evergreen St<br>Wheaton, IL 60187 | - | | 9/19/07<br>Business Debt- Buyer- Firethorne Condominiums LLC | | | | 15,367.84 |
| Account No.<br><br>Steve Miller<br>20970 W. Exeter Rd.<br>Lake Zurich, IL 60047 | - | | Business Debt- Investor- Landing Condominiums of Waukesha LLC | | | | 100,000.00 |
| Account No.<br><br>Steve Miller<br>20971 W. Exeter Rd.<br>Lake Zurich, IL 60047 | - | | Business Debt- Investor- 7334 North Ridge LLC | | | | 100,000.00 |

Sheet no. __52__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

242,955.37

B6F (Official Form 6F) (12/07) - Cont.

In re     Alexander Shapiro                                            ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Steve Miller<br>PO Box 5221<br>Vernon Hills, IL 60061 | - | | 7/07<br>Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | 15,206.64 |
| Account No.<br><br>Steve Podolny<br>3214 Carriage Way<br>Arlington Heights, IL 60004 | - | | 8/31/06<br>Business Debt- Buyer- Kenton Park Condominiums | | | | 12,000.00 |
| Account No.<br><br>Steve Podolny<br>3214 Carriage Way<br>Arlington Heights, IL 60004 | - | | 9/13/06<br>Business Debt- Buyer- Kenton Park Condominiums | | | | 12,212.09 |
| Account No.<br><br>Steve Podolny<br>3214 Carriage Way<br>Arlington Heights, IL 60004 | - | | 2/9/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,487.03 |
| Account No.<br><br>Steve Tolizen<br>23 Burberry Circle<br>Schaumburg, IL 60173 | - | | 12/20/07<br>Business Debt- Buyer- Lunt Gardens LLC | | | | 43,104.39 |

Sheet no. _53_ of _59_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

89,010.15

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                                          ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 4/13/07 Business Debt- Buyer- Lunt Gardens LLC | | | | |
| Steve Tolizen 23 Burberry Circle Schaumburg, IL 60173 | - | | | | | | | 14,067.03 |
| Account No. | | | | Business Debt- Investor- Landing Condominiums of Waukesha LLC | | | | |
| Steve Ullenius 10608 N Sleepy Hollow Rd Chicago, IL 60615 | - | | | | | | | 400,000.00 |
| Account No. | | | | Business Debt- Investor- Tria Properties LLC | | | | |
| Steven Budker 334 E 34 St. New York, NY 10016 | - | | | | | | | 500,000.00 |
| Account No. | | | | 12/07 Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | |
| Steven Jones & Russel Nooter 3711 Holland Ave #201 Dallas, TX 75219 | - | | | | | | | 17,130.26 |
| Account No. | | | | 12/20/06 Business Debt- Buyer- Kenton Park Condominiums | | | | |
| Syed Hanif 9445 N Kenton Unit 410 Skokie, IL 60076 | - | | | | | | | 16,093.94 |

Sheet no. __54__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

947,291.23

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | 6/8/07 Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | |
| Sylvia and Steve Fitzgerald 12575 Meadow Circle Lake Bluff, IL 60044 | | | | | | | | 11,018.60 |
| Account No. | | - | | Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | |
| The Clock Tower Assoc/Landing Condos of Waukesha Assoc LLC 100 E Main St OFFICE Waukesha, WI 53186 | | | | | | | | 28,812.94 |
| Account No. | | | | Business Debt- Investor- Landing Condominiums of Waukesha LLC | | | | |
| Thomas Dahl 33560 North Oak Dr. Ingleside, IL 60041 | | | | | | | | 200,000.00 |
| Account No. | | | | 8/21/06 Business Debt- Buyer- Kenton Park Condominiums | | | | |
| Tim Hatton 61 Ruffled Featehrs Drive Lemont, IL 60439 | | | | | | | | 12,000.00 |
| Account No. | | - | | 8/7/06 Business Debt- Buyer- Kenton Park Condominiums | | | | |
| Tim Hatton 61 Ruffled Feathers Drive Lemont, IL 60439 | | | | | | | | 12,000.00 |

Sheet no. __55__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

263,831.54

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro
_____,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>Tim Hatton<br>61 Ruffled Feathers Dr<br>Lemont, IL 60439 | - | | | 12/7/06<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,020.75 |
| Account No.<br><br>Tim Hatton<br>61 Ruffled FEathers Dr<br>Lemont, IL 60439 | - | | | 12/6/06<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 8,125.43 |
| Account No.<br><br>Tracker Inc.<br>1970 Spruce Hills Dr.<br>Bettendorf, IA 52722 | - | | | Credit Agency | | | | 5,358.00 |
| Account No.<br><br>Tyler McDonald<br>4404 W William Cannon<br>#P111<br>Austin, TX 78749 | - | | | 9/07<br>Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | 16,191.60 |
| Account No.<br><br>Vadic Azrikan<br>2700 W Lunt<br>#207<br>Chicago, IL 60645 | - | | | 7/27/07<br>Business Debt- Buyer- Lunt Gardens LLC | | | | 15,307.20 |

Sheet no. __56__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

51,002.98

B6F (Official Form 6F) (12/07) - Cont.

In re    Alexander Shapiro                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt- Investor- Tria Properties LLC | | | | |
| Val Beygel 685 Highland Place Highland Park, IL 60035 | - | | | | | | | 50,000.00 |
| Account No. | | | | Business Debt- Investor- Tria Properties LLC | | | | |
| Victoria Zaychik 6726 N. St. Louis Lincolnwood, IL 60712 | - | | | | | | | 160,000.00 |
| Account No. | | | | 10/1/07 Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | |
| Vilsoon Porana 2221 Lee St Des Plaines, IL 60018 | - | | | | | | | 12,275.89 |
| Account No. | | | | 9/17/07 Business Debt- Buyer- Firethorne Condominiums LLC | | | | |
| Vilsoon Porano 2221 Lee St. Des Plaines, IL 60018 | - | | | | | | | 15,367.84 |
| Account No. | | | | 12/29/06 Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | |
| Vince Meucci 6N620 Crestwood Dr Saint Charles, IL 60175 | - | | | | | | | 5,239.84 |

Sheet no. _57_ of _59_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

242,883.57

B6F (Official Form 6F) (12/07) - Cont.

In re  Alexander Shapiro
                                                                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Vlad & Janina Yekelchik<br>649 Brookside Ave.<br>Allendale, NJ 07401 | - | | Business Debt- Investor- Tria Properties LLC | | | | 230,000.00 |
| Account No.<br><br>Vlad Yekelchik<br>649 Brookside Ave<br>Allendale, NJ 07401 | - | | 8/14/07<br>Business Debt- Buyer- Firethorne Condominiums LLC | | | | 15,127.28 |
| Account No.<br><br>Vlad Yekelchik<br>640 Happfield Drive<br>Arlington Heights, IL 60004 | - | | 4/07<br>Business Debt- Buyer- Piazza Siena Condominiums LLC | | | | 13,863.27 |
| Account No.<br><br>William Lesser<br>9445 N. Kenton<br>Unit 202<br>Skokie, IL 60076 | - | | 7/27/06<br>Business Debt- Buyer- Kenton Park Condominiums | | | | 12,000.00 |
| Account No.<br><br>Z. Melody<br>1990-B Gary Ct<br>Schaumburg, IL 60193 | - | | 10/26/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 12,328.65 |

Sheet no. __58__ of __59__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

283,319.20

B6F (Official Form 6F) (12/07) - Cont.

In re  Alexander Shapiro                                             ,     Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Zaid Emmanuel Jazrawi<br>111 W Maple St #912<br>Chicago, IL 60610 | - | | | 10/23/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 10,273.95 |
| Account No.<br><br>Zaid Emmanuel Jazrawi<br>111 W Maple St #912<br>Chicago, IL 60610 | - | | | 4/21/08<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 9,975.03 |
| Account No.<br><br>Zaid Emmanuel Jazrawi<br>111 W Maple St #912<br>Chicago, IL 60610 | - | | | 10/23/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 12,275.89 |
| Account No.<br><br>Zaid Emmanuel Jazrawi<br>111 W Maple St #912<br>Chicago, IL 60610 | - | | | 4/21/08<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 6,370.28 |
| Account No.<br><br>Zaid Emmanuel Jazrawi<br>111 W Maple St #912<br>Chicago, IL 60610 | - | | | 10/23/07<br>Business Debt- Buyer- The Landing Condominiums of Waukesha LLC | | | | 10,330.78 |

Sheet no. _59_ of _59_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | 49,225.93 |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 49,656,866.44 |

B6G (Official Form 6G) (12/07)

In re      Alexander Shapiro                                            ,      Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    Alexander Shapiro                                                          ,      Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Alex Gershbeyn<br>6742 N St. Louis<br>Lincolnwood, IL 60712 | Amcore Bank<br>Northwest Hwy<br>Crystal Lake, IL 60014 |
| Alex Gershbeyn<br>6742 N St. Louis<br>Lincolnwood, IL 60712 | Amcore Bank<br>Northwest Highway<br>Crystal Lake, IL 60014 |
| Alex Gershbeyn<br>6742 N St. Louis<br>Lincolnwood, IL 60712 | Amcore Bank<br>Northwest Hwy<br>Crystal Lake, IL 60014 |
| Alex Gershbeyn<br>6742 N St. Louis<br>Lincolnwood, IL 60712 | Amcore Bank<br>Northwest Hwy<br>Crystal Lake, IL 60014 |
| Alex Gershbeyn<br>6742 N St. Louis<br>Lincolnwood, IL 60712 | First Bank of Highland Park<br>633 Skokie Blvd<br>Northbrook, IL 60062 |
| Alex Gershbeyn<br>6742 N St. Louis<br>Lincolnwood, IL 60712 | First Midwest Bank<br>8501 W Higgins Rd<br>Chicago, IL 60631 |
| Alex Gershbeyn<br>6742 N St. Louis<br>Lincolnwood, IL 60712 | First Midwest Bank<br>8501 W Higgins Rd<br>Chicago, IL 60631 |
| Alex Gershbeyn<br>6742 N St. Louis<br>Lincolnwood, IL 60712 | Foster Bank<br>5225 N. Kedzie Ave.<br>Chicago, IL 60625 |
| Alex Gershbeyn<br>6742 N St. Louis<br>Lincolnwood, IL 60712 | Foster Bank<br>5225 N. Kedzie Ave.<br>Chicago, IL 60625 |
| Alex Gershbeyn<br>6742 N St. Louis<br>Lincolnwood, IL 60712 | National City<br>1900 E Ninth St<br>Cleveland, OH 44114 |
| Alex Gershbeyn<br>6742 N St. Louis<br>Lincolnwood, IL 60712 | National City<br>1900 E Ninth St<br>Cleveland, OH 44114 |
| Alex Gershbeyn<br>6742 N St. Louis<br>Lincolnwood, IL 60712 | Puritan Finance Corp<br>55 W Monroe St #3590<br>Chicago, IL 60603 |

2
____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re   Alexander Shapiro                                     ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Alex Gershbeyn<br>6742 N St. Louis<br>Lincolnwood, IL 60712 | Puritan Finance Corp<br>55 W Monroe St #3590<br>Chicago, IL 60603 |
| Alex Gershbeyn<br>6742 N. St Louis<br>Lincolnwood, IL 60712 | Puritan Finance Corp<br>55 W Monroe St. #3590<br>Chicago, IL 60603 |
| Alex Gershbeyn<br>6742 N St. Louis<br>Lincolnwood, IL 60712 | Puritan Finance Corp<br>55 W Monroe St #3590<br>Chicago, IL 60603 |
| Alex Shapiro<br>2101 S Ocean Dr<br>Hollywood, FL 33019 | Puritan Finance Corp<br>55 W Monroe St #3590<br>Chicago, IL 60603 |
| Anna Shapiro<br>2101 S Ocean Dr<br>Hollywood, FL 33019 | Amcore Bank<br>Northwest Hwy<br>Crystal Lake, IL 60014 |
| Anna Shapiro<br>2101 S Ocean Dr<br>Hollywood, FL 33019 | Amcore Bank<br>Northwest Highway<br>Crystal Lake, IL 60014 |
| Anna Shapiro<br>2101 S Ocean Dr<br>Hollywood, FL 33019 | Amcore Bank<br>Northwest Hwy<br>Crystal Lake, IL 60014 |
| Anna Shapiro<br>2101 S Ocean Dr<br>Hollywood, FL 33019 | Amcore Bank<br>Northwest Hwy<br>Crystal Lake, IL 60014 |
| Anna Shapiro<br>2101 S Ocean Dr<br>Hollywood, FL 33019 | First Bank of Highland Park<br>633 Skokie Blvd<br>Northbrook, IL 60062 |
| Anna Shapiro<br>2101 S Ocean Dr<br>Hollywood, FL 33019 | First Midwest Bank<br>8501 W Higgins Rd<br>Chicago, IL 60631 |
| Anna Shapiro<br>2101 S Ocean Dr<br>Hollywood, FL 33019 | First Midwest Bank<br>8501 W Higgins Rd<br>Chicago, IL 60631 |
| Anna Shapiro<br>2101 S Ocean Dr<br>Hollywood, FL 33019 | Foster Bank<br>5225 N. Kedzie Ave.<br>Chicago, IL 60625 |
| Anna Shapiro<br>2101 S Ocean Dr<br>Hollywood, FL 33019 | Foster Bank<br>5225 N. Kedzie Ave.<br>Chicago, IL 60625 |

Sheet   1   of   2   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                       Best Case Bankruptcy

In re     Alexander Shapiro                                              ,     Case No. _____

                                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Anna Shapiro<br>2101 S Ocean Dr<br>Hollywood, FL 33019 | National City<br>1900 E Ninth St<br>Cleveland, OH 44114 |
| Anna Shapiro<br>2101 S Ocean Dr<br>Hollywood, FL 33019 | National City<br>1900 E Ninth St<br>Cleveland, OH 44114 |
| Anna Shapiro<br>2101 S Ocean Dr<br>Hollywood, FL 33019 | Puritan Finance Corp<br>55 W Monroe St #3590<br>Chicago, IL 60603 |
| Anna Shapiro<br>2101 S Ocean Dr<br>Hollywood, FL 33019 | Puritan Finance Corp<br>55 W Monroe St #3590<br>Chicago, IL 60603 |
| Anna Shapiro<br>2101 S Ocean Dr<br>Hollywood, FL 33019 | Puritan Finance Corp<br>55 W Monroe St. #3590<br>Chicago, IL 60603 |
| Anna Yekelchik Shapiro<br>343 Fairview Ave.<br>Deerfield, IL 60015 | First Bank of Highland Park<br>633 Skokie Blvd<br>Northbrook, IL 60062 |

Sheet   2   of   2   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  Alexander Shapiro _____     Case No. _____
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S): Daughter Son | AGE(S): 10 7 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Sales | |
| Name of Employer | 86 Corp. | |
| How long employed | 18 months | |
| Address of Employer | 136 Whitson St. Forest Hills, NY 11375 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 10,000.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 10,000.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | 0.00 | $ | N/A |
|     b. Insurance | $ | 0.00 | $ | N/A |
|     c. Union dues | $ | 0.00 | $ | N/A |
|     d. Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 10,000.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 10,000.00 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 10,000.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  Alexander Shapiro _____   Case No. _____
                         Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 2,000.00 |
| a. Are real estate taxes included? Yes ___ No X | | |
| b. Is property insurance included? Yes ___ No X | | |
| 2. Utilities: a. Electricity and heating fuel | | $ 800.00 |
| b. Water and sewer | | $ 100.00 |
| c. Telephone | | $ 180.00 |
| d. Other  other | | $ 170.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 300.00 |
| 4. Food | | $ 1,200.00 |
| 5. Clothing | | $ 250.00 |
| 6. Laundry and dry cleaning | | $ 200.00 |
| 7. Medical and dental expenses | | $ 250.00 |
| 8. Transportation (not including car payments) | | $ 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 400.00 |
| 10. Charitable contributions | | $ 240.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 100.00 |
| b. Life | | $ 300.00 |
| c. Health | | $ 1,100.00 |
| d. Auto | | $ 300.00 |
| e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 400.00 |
| b. Other | | $ 0.00 |
| c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other | | $ 0.00 |
| Other | | $ 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)      $ 8,790.00

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ 10,000.00 |
| b. | Average monthly expenses from Line 18 above | $ 8,790.00 |
| c. | Monthly net income (a. minus b.) | $ 1,210.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Alexander Shapiro _____   Case No. _____

                                        Debtor(s)              Chapter    7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___79___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  August 25, 2010 _____        Signature   /s/ Alexander Shapiro _____
                                                          Alexander Shapiro
                                                          Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                          Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Alexander Shapiro

Case No.

Debtor(s)    Chapter    7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $80,000.00 | 2010 YTD: Debtor Employment Income |
| $90,000.00 | 2009: Debtor Employment Income |
| $95,822.00 | 2008: Debtor Employment Income |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $-1,374,191.00 | 2008: Debtor Rental income |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Harris N.A. v. Alex Shaprio 10CH1600 | Foreclosure | Lake County Circuit Court | Judgment |

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5. Repossessions, foreclosures and returns**

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| National City<br>1900 E Ninth St.<br>Cleveland, OH 44114 | Jan 2009 | Office lease up- 405 6th Ave. Des Moines IA 50309<br>$2,500,000 |
| Foster Bank<br>5225 N Kedzie Ave<br>Chicago, IL 60625 | June 2009 | Office lease up- 5005 Newport, Rolling Meadows, IL 60008<br>$1,700,000 |
| Amcore Bank<br>Northwest Highway<br>Crystal Lake, MA 60014 | March 2009 | 2 luxury townhomes- 33 W Ontario, Chicago IL 60654<br>$2,200,000 |
| National City<br>1900 E Nonth St<br>Cleveland, OH 44114 | May 2009 | Mixed use lease up- 2401 Chicago Ave. South, Minneapolis, MN 55404<br>$9,000,000 |
| First Bank of HP<br>633 Skokie Blvd<br>Northbrook, IL 60062 | November 2008 | 72 unit condo conversion- 1320-70 Brook St., St. Charles IL 60174<br>$4,500,000 |
| Amcore Bank<br>5100 Northwest Hwy<br>Crystal Lake, IL 60014 | January 2009 | 96 unti condo conversion- 3102 Kings Rd. Dallas TX 75219<br>$5,000,000 |
| First Midwest Bank<br>8501 W Higgins Rd<br>Chicago, IL 60631 | September 2008 | condo conversion- 100 E Main St. Waukesha, WI 53186 Units 121, 123, 125, 207, 223<br>$400,000 |
| Amcore Bank<br>5100 Northwest Hwy<br>Crystal Lake, IL 60014 | August 2009 | 4 unit luxury condominiums- 214 S Wood, Chicago IL 60612<br>$300000 |

**6. Assignments and receiverships**

None ☐

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |
| First Bank of Highland Park<br>633 Skokie Blvd<br>Northbrook, IL 60062 | | Condo: 100 E. Main St. #110 Waukesha IL 53186-Condo<br>$100,000 |
| First Bank of Highland Park<br>633 Skokie Blvd<br>Northbrook, IL 60062 | | Condo: 100 E. Main St. #114 Waukesha IL 53186-Condo<br>$120,000 |
| National City<br>1900 E Ninth St.<br>Cleveland, OH 44114 | | Condo: 100 E. Main St. #116 Waukesha IL 53186-Condo<br>$120,000 |

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| Washington Mutual<br>PO Box 9001123<br>Louisville, KY 40290 | | Condo: 100 E. Main St. #218 Waukesha IL 53186-<br>Condo<br>$120,000 |
| National City<br>1900 E Ninth Street<br>Cleveland, OH 44114 | | Condo: 100 E. Main St. #331 Waukesha IL 53186-<br>Condo<br>$95,000 |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Mazon<br>10495 Santa Monica Blvd<br>Suite 100<br>Los Angeles, CA 90025 | | January 2009 | Contribution, $18 |
| Congregation B'nai Jehoshua Beth Elohim<br>901 Milwaukee Ave<br>Glenview, IL 60025 | | monthly | contribution, $275 |
| Jewish Community Center of Chicago<br>30 S Wells St.<br>SUite 4000<br>Chicago, IL 60606 | | Spetember 2009 | Contribution, $300 |
| Girls in the Game<br>1501 W. Randolph St<br>Chicago, IL 60607 | | September 2009 | Contribution, $26.20 |
| National Multiple Sclerosis Society<br>525 W Monroe<br>Suite 900<br>Chicago, IL 60661 | | January 2009 | Contribution, $50 |

---

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Cohen & Krol<br>105 West Madison Street<br>Suite 1100<br>Chicago, IL 60602 | | $5367 |

**10. Other transfers**

None ■  a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■  b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| First Midwest Bank<br>1 Pierce Place<br>Suite 1500<br>Itasca, IL 60143 | savings -8684 | 9/14/09 $0 |

**12. Safe deposit boxes**

None ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

6

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Des Moines Tria Tower LLC | 26-1415368 | 405 6th Ave. Des Moines, IA 50309 | | Dec 07- present |
| Tria Tower LLC | 26-1194952 | 5005 Newport Rolling Meadows, IL 60008 | | November 2007- present |
| Millenium Townhomes LLC | 14-1997970 | 33 W Ontario Chicago, IL 60654 | | January 2000- present |
| The Minneapolis Grand LLC | 32-0188429 | 2401 Chicago Ave South Minneapolis, MN 55404 | | December 2006- present |
| Firethorne Condominiums LLC | 86-1176939 | 1320-70 Brook St. Saint Charles, IL 60174 | | December 2006- present |
| Piazza Siena Condominiums LLC | 03-0604505 | 3102 Kings Rd Dallas, TX 75219 | | September 2006- present |
| The Landing Condominiums of Waukesha LLC | 87-0771016 | 100 E main St Waukesha, WI 53186 | | June 2006- present |
| 214 South Wood LLC | 25-1924743 | 214 S Wood Chicago, IL 60612 | | August 2005- present |
| Kenton Park Condomiums LLC | 43-2090485 | 9445 N. Kenton Skokie, IL 60076 | | October 2005- present |
| Lunt Gardens LLC | 33-1133316 | 2700 W Lunt Chicago, IL 60645 | | February 2006- present |
| 2652 West Rascher LLC | 36-4574799 | 2652 W Rascher Chicago, IL 60625 | | May 2005- present |
| 7334 North Ridge LLC | 51-0542063 | 7334 N Ridge Chicago, IL 60645 | | May 2005- present |
| Tria Properties LLC | 38-3663627 | 5005 Newport Rolling Meadows, IL 60008 | | October 2002- present |
| Blue Sky Real Estate LLC | 35-2215310 | 5007 Newport Rolling Meadows, IL 60008 | | December 2004- present |
| Comhar LLC | 36-4611797 | 5007 Newport Rolling Meadows, IL 60008 | | July 2007- present |

8

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| 3025 North California LLC | 87-0756535 | 5008 Newport Rolling Meadows, IL 60008 | | November 2005-present |
| Park Bluff Development Partners Ltd | 16-1682718 | 5007 Newport Rolling Meadows, IL 60008 | | November 2005-present |
| Blue Sky Eight LLC | 43-2057839 | 5008 Newport Rolling Meadows, IL 60008 | | July 2004- present |
| Blue Sky Eleven LLC | 43-2057835 | 5009 Newport Rolling Meadows, IL 60008 | | July 2004- present |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Caroline Escobar 4232 N. Ashland Chicago, IL 60613 | March 2006- May 2009 Bookkeeper |
| Martin Engel 444 N. Michigan Ave. Suite 1200 Chicago, IL 60611 | 2004-2009 tax preparation |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                    ADDRESS                    DATES SERVICES RENDERED

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                        ADDRESS
Alexander Shapiro                           343 Fairview Ave.
                                            Deerfield, IL 60015

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

9

NAME AND ADDRESS                                                     DATE ISSUED
National City
1900 E. Ninth Street
Cleveland, OH 44114

Puritan Finance Corp.
55 W. Monroe St.
#3590
Chicago, IL 60603

Foster Bank
5225 N Kedzie Ave
Chicago, IL 60625

Amcore Bank
5100 Northwest Hwy
Crystal Lake, IL 60014

First Bank of Highland Park
633 Skokie Blvd
Northbrook, IL 60062

First Midwest Bank
8501 W. Higgins Rd.
Chicago, IL 60631

---

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

---

10

None
■
   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■
   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■
   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  August 25, 2010               Signature  /s/ Alexander Shapiro

                                                    Alexander Shapiro

                                                    Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Alexander Shapiro

Debtor(s)

Case No. _____

Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** <br> Chase | **Describe Property Securing Debt:** <br> 2005 Lexus LX 470 |

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** <br> First Bank of Highland Park | **Describe Property Securing Debt:** <br> 101 Old Oak Dr. 310 <br> Buffalo Grove, IL 60089 |

Property will be (check one):
■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                          Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>First Bank of Highland Park | **Describe Property Securing Debt:**<br>100 E Main Street #110<br>Waukesha, WI 53186 |

Property will be (check one):
- ■ Surrendered
- ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt        ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>First Bank of Highland Park | **Describe Property Securing Debt:**<br>100 E. Main Street #114<br>Waukesha, WI 53186 |

Property will be (check one):
- ■ Surrendered
- ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt        ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>First Midwest Bank | **Describe Property Securing Debt:**<br>343 Fairview<br>Deerfield, IL 60015 |

Property will be (check one):
- ■ Surrendered
- ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt        ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:** <br> First Midwest Bank | **Describe Property Securing Debt:** <br> 343 Fairview <br> Deerfield, IL 60015 |

Property will be (check one):
- ■ Surrendered                     □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt                     ■ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:** <br> Harris Bank, NA | **Describe Property Securing Debt:** <br> 343 Fairview <br> Deerfield, IL 60015 |

Property will be (check one):
- ■ Surrendered                     □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt                     ■ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:** <br> National City | **Describe Property Securing Debt:** <br> 100 E. Main St. #116 <br> Waukesha, WI 53186 |

Property will be (check one):
- ■ Surrendered                     □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt                     ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page 4

| Property No. 9 | |
| --- | --- |
| **Creditor's Name:**<br>National City | **Describe Property Securing Debt:**<br>100 E. Main Street #331<br>Waukesha, WI 53186 |

Property will be (check one):

■ Surrendered                        ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                        ■ Not claimed as exempt

| Property No. 10 | |
| --- | --- |
| **Creditor's Name:**<br>National City | **Describe Property Securing Debt:**<br>100 E. Main St. #116<br>Waukesha, WI 53186 |

Property will be (check one):

■ Surrendered                        ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                        ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                      Page 5

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br>Washington Mutual | **Describe Property Securing Debt:**<br>100 E. Main St. #218<br>Waukesha, WI 53186 |

Property will be (check one):

   ■ Surrendered                 ☐ Retained

If retaining the property, I intend to (check at least one):

   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

   ☐ Claimed as Exempt                 ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES       ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  August 25, 2010 _____      Signature  /s/ Alexander Shapiro _____
                                                          Alexander Shapiro
                                                          Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re    Alexander Shapiro _____    Case No. _____
                                    Debtor(s)                Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 5,000.00 |
| Prior to the filing of this statement I have received | $ | 5,000.00 |
| Balance Due | $ | 0.00 |

2.   $  367.00   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4.   The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.   A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
        Representations of Debtor against Motions for Relief and Motions to Dismiss

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of the debtors in any dischargeability actions or any other adversary proceeding.

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    August 25, 2010 _____        /s/ Gina B. Krol _____
                                                   Gina B. Krol 6187642
                                                   Cohen & Krol
                                                   105 West Madison Street
                                                   Suite 1100
                                                   Chicago, IL 60602-4600
                                                   312.368.0300  Fax: 312.368.4559

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Alexander Shapiro                                              Case No.
_____        Chapter    7
                                     Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Alexander Shapiro                              X  /s/ Alexander Shapiro            August 25, 2010
_____                         _____
Printed Name(s) of Debtor(s)                       Signature of Debtor               Date

Case No. (if known) _____          X  _____
                                                   Signature of Joint Debtor (if any)    Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                        Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re    Alexander Shapiro

_____
                                    Debtor(s)

Case No. _____
Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 344

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    August 25, 2010
_____

/s/ Alexander Shapiro
_____
Alexander Shapiro
Signature of Debtor

Ann Howe
100 E Main St #102
Waukesha, WI 53186


Ada Nakshumov
526 Hummingbird Ln.
Deerfield, IL 60015


Adam Herdman
507 Regan Dr.
Dundee, IL 60118


Adella Raykher
70 Oceana Dr. West #2D
Brooklyn, NY 11235


Ahmad Karkukly
474 W Brookline Ct
Palatine, IL 60067


Ahmad Karkukly
474 W Brookline Ct
Palatine, IL 60067


Albert Yonan
5303 W Jarvis
Skokie, IL 60077


Alex Askinazi
719 Williams Wat
Vernon Hills, IL 60061


Alex Gershbeyn
6742 N St. Louis
Lincolnwood, IL 60712


Alex Gershbeyn
6742 N St. Louis
Lincolnwood, IL 60712


Alex Gershbeyn
6742 N St. Louis
Lincolnwood, IL 60712

Alex Gershbeyn
6742 N St. Louis
Lincolnwood, IL 60712


Alex Gershbeyn
6742 N St. Louis
Lincolnwood, IL 60712


Alex Gershbeyn
6742 N St. Louis
Lincolnwood, IL 60712


Alex Gershbeyn
6742 N St. Louis
Lincolnwood, IL 60712


Alex Gershbeyn
6742 N St. Louis
Lincolnwood, IL 60712


Alex Gershbeyn
6742 N St. Louis
Lincolnwood, IL 60712


Alex Gershbeyn
6742 N St. Louis
Lincolnwood, IL 60712


Alex Gershbeyn
6742 N St. Louis
Lincolnwood, IL 60712


Alex Gershbeyn
6742 N St. Louis
Lincolnwood, IL 60712


Alex Gershbeyn
6742 N St. Louis
Lincolnwood, IL 60712


Alex Gershbeyn
6742 N St. Louis
Lincolnwood, IL 60712

Alex Gershbeyn
6742 N St. Louis
Lincolnwood, IL 60712


Alex Gershbeyn
6742 N St. Louis
Lincolnwood, IL 60712


Alex Gershbeyn
6742 N St. Louis
Lincolnwood, IL 60712


Alex Gershbeyn
6742 N St. Louis
Lincolnwood, IL 60712


Alex Gershbeyn
6742 N. St Louis
Lincolnwood, IL 60712


Alex Gershbeyn
6742 N St. Louis
Lincolnwood, IL 60712


Alex Kalicka & Vlad Yekelchik
640 Happfield Dr.
Arlington Heights, IL 60004


Alex Reznik
11308 Moorpark St. #1
Studio City, CA 91602


Alex Shapiro
2101 S Ocean Dr
Hollywood, FL 33019


Alina Kinkov
101 Old Oak Drive
#310
Buffalo Grove, IL 60089


Alina Kinkov
101 Old Oak Drive #310
Buffalo Grove, IL 60089

```
Amcore Bank
Northwest Hwy
Crystal Lake, IL 60014


Amcore Bank
Northwest Highway
Crystal Lake, IL 60014


Amcore Bank
Northwest Hwy
Crystal Lake, IL 60014


Amcore Bank
Northwest Hwy
Crystal Lake, IL 60014


Anatoly & Lisa Yekelchik
640 Happfield Dr.
Arlington Heights, IL 60004


Anatoly & Lisa Yekelchik
641 Happfield Dr.
Arlington Heights, IL 60004


Andrew Prunty
44 Lancaster Lane
Lincolnshire, IL 60069


Andrew Prunty
44 Lancaster Lane
Lincolnshire, IL 60069


Andrew Prunty
44 Lancaster Lane
Lincolnshire, IL 60069


Andrew Prunty
44 Lancaster Ln
Lincolnshire, IL 60069


Angela and Jason Cooper
100 E Main St #201
Waukesha, WI 53186
```

```
Ann & Joe Discarser
100 E Main St #108
Waukesha, WI 53186


Anna Shapiro
2101 S Ocean Dr
Hollywood, FL 33019


Anna Shapiro
2101 S Ocean Dr
Hollywood, FL 33019


Anna Shapiro
2101 S Ocean Dr
Hollywood, FL 33019


Anna Shapiro
2101 S Ocean Dr
Hollywood, FL 33019


Anna Shapiro
2101 S Ocean Dr
Hollywood, FL 33019


Anna Shapiro
2101 S Ocean Dr
Hollywood, FL 33019


Anna Shapiro
2101 S Ocean Dr
Hollywood, FL 33019


Anna Shapiro
2101 S Ocean Dr
Hollywood, FL 33019


Anna Shapiro
2101 S Ocean Dr
Hollywood, FL 33019


Anna Shapiro
2101 S Ocean Dr
Hollywood, FL 33019
```

```
Anna Shapiro
2101 S Ocean Dr
Hollywood, FL 33019


Anna Shapiro
2101 S Ocean Dr
Hollywood, FL 33019


Anna Shapiro
2101 S Ocean Dr
Hollywood, FL 33019


Anna Shapiro
2101 S Ocean Dr
Hollywood, FL 33019


Anna Shapiro
2101 S Ocean Dr
Hollywood, FL 33019


Anna Shapiro
2101 S Ocean Dr
Hollywood, FL 33019


Anna Shapiro
2101 S Ocean Dr
Hollywood, FL 33019


Anna Shapiro
2101 S Ocean Dr
Hollywood, FL 33019


Anna Shapiro
2101 S Ocean Dr
Hollywood, FL 33019


Anna Yekelchik Shapiro
343 Fairview Ave.
Deerfield, IL 60015


Anne Boynton
27630 W Groveland
Spring Grove, IL 60081
```

Anthony Aiello
310 E Church
#303
Libertyville, IL 60048


Anthony Aiello
310 E Church #303
Libertyville, IL 60048


Anthony Aiello
310 E. Church #303
Libertyville, IL 60048


Anthony D'Antuono
100 E Main St #107
Waukesha, WI 53186


Antonio Elizondo
2836 Willow St
Franklin Park, IL 60131


Armen Choulakian
3102 Kings Road #2305
Dallas, TX 75219


Art Krukoff
374 S Litchfield Ave
Round Lake, IL 60073


Ashor Haido
9429 N Overhill Ave
Morton Grove, IL 60053


Ashor Haido
9429 N overhill Ave
Morton Grove, IL 60053


Ashor Haido
9429 N Overhill Ave
Morton Grove, IL 60053


Audrey Weidman
2220 Travers Lane
Flossmoor, IL 60422

Audrey Weidman
2220 Travers Lane
Flossmoor, IL 60422


Audrey Weidman
2220 Travers Lane
Flossmoor, IL 60422


Bank of America
Attention: Bankruptcy
P.O. Box 15019
Wilmington, DE 19850


Bel Haido
6453 N Kedzie
Chicago, IL 60645


Billy Haido
6453 N. Kedzie Ave.
Chicago, IL 60645


Brian Johnson
2146 Commerce
Milwaukee, WI 53212


Brian Johnson
2146 N Commerce St
Milwaukee, WI 53212


Brian Johnson
2146 N. Comemrce St
Milwaukee, WI 53212


Brian Solis
1016 Oakland Dr.
Streamwood, IL 60107


Brian Solis
1016 Oakland Dr.
Streamwood, IL 60107


Brian Solis
1016 Oakland Dr
Streamwood, IL 60107

Candelaria Milan
9445 N. Kenton
Unit 108
Skokie, IL 60076


Carey Getlin
520 Williams Way
Vernon Hills, IL 60061


Carolina Siqueira
1000 W Adams
Unit 412
Chicago, IL 60607


Carolina Siqueira
1000 W. Adams
Unit 412
Chicago, IL 60607


Caroline Escobar
4232 N Ashland
Chicago, IL 60613


Caroline Escobar
4232 N Ashland Ave
Chicago, IL 60613


Caterina A. Larucci
Larucci Properties
9515 Kelvin Lane Unit 2116
Schiller Park, IL 60176


Ceasar Ramirez


Chase
PO Box 901008
Fort Worth, TX 76101


Chase
Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153

```
Chris Eastman
1435 Whitefence Rd
Bartlett, IL 60103


Chris Eastman
4350 DiPaolo Center
Suite C
Glenview, IL 60025


Chris Eastman
1435 Whitefence Rd
Bartlett, IL 60103


Chris Eastman
1435 Whitefence Rd
Bartlett, IL 60103


Chris Eastman
1435 Whitefence Rd
Bartlett, IL 60103


Chris Eastman
1435 Whitefence Rd
Bartlett, IL 60103


Chris Eastman
1435 Whitefence Rd
Bartlett, IL 60103


Chris Eastman
1435 Whitefence Rd
Bartlett, IL 60103


Chris Eastman
1435 Whitefence Rd.
Bartlett, IL 60103


Chris Eastman
1435 Whitefence Rd.
Bartlett, IL 60103


Chris Eastman
1435 Whitefence Rd
Bartlett, IL 60103
```

Chris Eastman
1435 Whitefence Rd
Bartlett, IL 60103


Chris Javadi
3102 Kings Rd
#2108
Dallas, TX 75219


Chris Lawes
5749 Wood Gate
Matteson, IL 60443


Christopher Eastman
1435 Whitefence Rd.
Bartlett, IL 60103


Corey Dunteman
814 Alexandra Blvd
Crystal Lake, IL 60014


Corey Duntman
814 Alexandra Blvd
Crystal Lake, IL 60014


Daiva Totoriene
33 Terrace Lane #a
Lake Zurich, IL 60047


Daiva Totoriene
33 Terrace Lane #A
Lake Zurich, IL 60047


Dale & Gay Knutson
100 E main St #316
Waukesha, WI 53186


Dave Roth
2218 Barrett Drive
Algonquin, IL 60102


David and Carol Barclay
100 E Main St #112
Waukesha, WI 53186

David Roth
2218 Barrett Drive
Algonquin, IL 60102


Dean A Simon
100 E Main St #104
Waukesha, WI 53186


Demetri Koroyanis
1715 Pavilion Way
#304
Park Ridge, IL 60068


Demetri Koroyanis
1715 Pavilion Way #304
Park Ridge, IL 60068


Dmitry Feldman
2456 W Huron
Chicago, IL 60612


Dmitry Feldman
2456 W Huron
Chicago, IL 60612


Donna Rizzuto
Howard & Howard Attorneys PLLC
200 S. Michigan Ave- Suite 1100
Chicago, IL 60604


Dwight Simmons
100 Alexandra Ct
Mundelein, IL 60060


Ed Armstrong
1541 Kennett
Lake Forest, IL 60045


Ed Armstrong
1541 Kennett
Lake Forest, IL 60045


Ed Armstrong
1541 Kennett
Lake Forest, IL 60045

Ed Armstrong
1541 Kennett
Lake Forest, IL 60045


Edward Allen
710 Yorktown Dr
Algonquin, IL 60102


Edwin Centeno
9445 N. Kenton
Unit 102
Skokie, IL 60076


Elizabeth Peters
936 Topanga Drive
Palatine, IL 60074


Emily Balch
3235 Cole Ave.
Dallas, TX 75204


Eric and Amanda Roddy
100 E Main St #206
Waukesha, WI 53186


Erik Williams
3822 Parsons Road
Carpentersville, IL 60110


Erin Turtenwalk
100 E Main St #431
Waukesha, WI 53186


Eugene and Ruth Rasch
100 E Main St #306
Waukesha, WI 53186


Felix Gorfin
918 Hobson Dr
Buffalo Grove, IL 60089


Feliz Gorfin
918 Hobson Dr.
Buffalo Grove, IL 60089

Feliz Gorfin
918 Hobson Drive
Buffalo Grove, IL 60089


Fifth Third Bank
PO Box 740789
Cincinnati, OH 45274-0789


Financial Guru


First Bank of Highland Park
633 Skokie Blvd
Northbrook, IL 60062


First Bank of Highland Park
633 Skokie Blvd
Northbrook, IL 60062


First Bank of Highland Park
633 Skokie Blvd
Northbrook, IL 60062


First Bank of Highland Park
633 Skokie Blvd
Northbrook, IL 60062


First Midwest Bank
8501 W Higgins Rd
Chicago, IL 60631


First Midwest Bank
8501 W Higgins Rd
Chicago, IL 60631


First Midwest Bank
8501 W Higgins Rd
Chicago, IL 60631


First Midwest Bank
8501 W Higgins Rd
Chicago, IL 60631

Foster Bank
5225 N. Kedzie Ave.
Chicago, IL 60625


Foster Bank
5225 N. Kedzie Ave.
Chicago, IL 60625


Fred Alford
1572 Madison Ave
Saint Charles, IL 60174


Gabriel Adebayo
9074 W Terrace Dr.
Apt 6-1
Niles, IL 60714


Geno Bondioli
2422 Patrick Ln
Waukesha, WI 53188


Geno Bondioli
2422 Patrick Ln
Waukesha, WI 53188


Gina Cabrerra
9445 N. Kenton
Unit 208
Skokie, IL 60076


Griesemer
100 E Main St #413
Waukesha, WI 53186


Guy Hollingsworth
7647 Tripp Ave
Skokie, IL 60076


Guy Hollingsworth
7647 Tripp Ave
Skokie, IL 60076


Harris Bank, NA
P.O. Box 6201
Carol Stream, IL 60197-6201

Hasibullah Aqai
6648 N Ashland Ave
#3S
Chicago, IL 60626


Husien Shoshain
1534 W. Rue James
Palatine, IL 60067


Husien Shoshain
1534 W Rue james
Palatine, IL 60067


Irina Rudman
924 Inverrary Ln
Deerfield, IL 60015


Ivan Chavez
4152 N Mcvicker
Chicago, IL 60634


Jack Bertram
2201 Travers Ln
Flossmoor, IL 60422


Jacob LaConte
100 E Main St #330
Waukesha, WI 53186


James Errant


James H. Joel
100 E Main St #105
Waukesha, WI 53186


James Prunty
538 patriot Ct
Gurnee, IL 60031


Jamie Solis
4016 N Parkside Ave
Chicago, IL 60634

Jamie Solis
4016 N Parkside Ave
Chicago, IL 60634


Jan Latter
1143 Harvard Lane
Buffalo Grove, IL 60089


Jan Latter
1143 Harvard Lane
Buffalo Grove, IL 60089


Jim and Bessie Grigorakos
9445 N. Kenton
Unit 411
Skokie, IL 60076


John Murphy
100 E Main St #210
Waukesha, WI 53186


John Nikho
457 Birchwood Court
Willowbrook, IL 60527


John Nikho
457 Birchwood Court
Willowbrook, IL 60527


John Schorsch
36 Squire Rd.
Lake Zurich, IL 60047


John Schorsch
36 Squire Rd.
Lake Zurich, IL 60047


John Schorsch
36 Squire Rd
Lake Zurich, IL 60047


John Schorsch
36 Squire Rd
Lake Zurich, IL 60047

John Schorsch
36 Squire Rd
Lake Zurich, IL 60047


Jon Meltzer
520 W Huron
#502
Chicago, IL 60610


Jon Meltzer
520 W Huron
Unit 502
Chicago, IL 60610


Jon Meltzer
520 W Huron #502
Chicago, IL 60610


Jon Meltzer
520 W Hurton #502
Chicago, IL 60610


Jon Meltzer
520 W Huron #502
Chicago, IL 60610


Jonathan Birdwell & Kaitlyn Hinman
100 E Main St #209
Waukesha, WI 53186


Joseph Budker
333 E 34 St
New York, NY 10016


Joseph Mandale
27 Addington Dr.
Langhorne, PA 19053


Juan Rogel
9534 W Addison
Franklin Park, IL 60131


Julio Quezada
3310 N oak Park
Chicago, IL 60634

Kabir Kassam
121 Commons Court
Wheeling, IL 60090


karen Eneitzel
100 E Main St #304
Waukesha, WI 53186


Kathy Strait
N27 W22270 Burningwood
Waukesha, WI 53186


Keith and Judy Gardenier
100 E Main St #111
Waukesha, WI 53186


Kelsey A. Taylor
3120 S Indiana Ave #403
Chicago, IL 60616


Kelsey Taylor
3120 S Indiana Ave
#403
Chicago, IL 60616


Kelsey Taylor
3120 S Indiana Ave
#403
Chicago, IL 60616


Ken Ullenius
10609 N Sleepy Hollow Rd
Chicago, IL 60615


Kimberly Hunt
2704 W Lunt
Unit 203
Chicago, IL 60645


Lake County Treasurer
18 N. County Street
Waukegan, IL 60085

Landing Condominium Association
9375 Landings Lane
Des Plaines, IL 60016


Laura Lisserman
2066 St Johns #407
Highland Park, IL 60035


Lee Ann Daviss
100 E Main St #432
Waukesha, WI 53186


Leonard & Arina Goldstein
6831 N Kostner
Lincolnwood, IL 60712


Leonard Goldsteyn
6831 N. Kostner
Lincolnwood, IL 60712


Lev Nakshunov
526 Hummingbird Ln
Deerfield, IL 60015


Lionel And Lorraine Gilbert
9445 N Kenton
Unit 402
Skokie, IL 60076


Louis Gerhard Properties LLC
2220 Travers lane
Flossmoor, IL 60422


Marina Verbitsky
1717 N larrabee
Unit 13S
Chicago, IL 60614


Marina Verbitsky
1717 N Larrabee
#135
Chicago, IL 60614

Mark Berkun
4022 N Mirchell
Arlington Heights, IL 60004


Mark Gershbeyn
6742 N. St. Louis
Lincolnwood, IL 60712


Mark Gershbeyn
6743 N. St. Louis
Lincolnwood, IL 60712


Mark Tibbets
3246 Robincrest Dr.
Northbrook, IL 60062


Mark Tibbets
3246 Robincrest Dr.
Northbrook, IL 60062


Mark TIbbits
3246 Robincrest Dr
Northbrook, IL 60062


Marks Altwood
506 Middlebury Dr.
Lake Forest, IL 60045


Marty Schramm
100 E main St #111
Waukesha, WI 53186


Mary Regar
1140 S Springdale Rd
Waukesha, WI 53186


Michael and Karen Harris
885 S 6th Ave
Des Plaines, IL 60016


Michael and Karen Harris
885 S 6th Ave
Des Plaines, IL 60016

Michael and Karen Harris
885 S 6th Ave
Des Plaines, IL 60016


Michael and Karen Harris
885 S 6th Ave
Des Plaines, IL 60016


Mike Burke
2283 Fishbook Way
Wauconda, IL 60084


Mike Burke
2383 Fishbook Way
Wauconda, IL 60084


Mike Burke
PO Box 821
Wauconda, IL 60084


Mike Harris
885 S. 6th Ave
Des Plaines, IL 60016


Mike Silverman
Po Box 5443
Buffalo Grove, IL 60089


Mike Smolyansky
2456 W Huron
Chicago, IL 60612


Mike Smolyansky
2456 W Huron
Chicago, IL 60612


Mike Smolyansky
2456 W Huron
Chicago, IL 60612


Monique Zaychik
6726 N. St. Louis
Lincolnwood, IL 60712

National City
1900 E Ninth Street
Cleveland, OH 44114


National City
1900 E Ninth Street
Cleveland, OH 44114


National City
P.O. Box 1820
Dayton, OH 45401-1820


National City
1900 E Ninth Street
Cleveland, OH 44114


National City
1900 E Ninth St
Cleveland, OH 44114


National City
1900 E Ninth St
Cleveland, OH 44114


Nenito and Anita Gameng
9445 N Kenton
Unit 311
Skokie, IL 60076


Nenos Guiwargis
5043 Ave
Skokie, IL 60077


Noel and Cynthia Winke
100 E Main St #430
Waukesha, WI 53186


Oleg Dumenko
17155 Woodland Dr.
Grayslake, IL 60030


Oleg Dumenko
17155 Woodland Dr
Grayslake, IL 60030

```
Oleg Dumenko
17155 Woodland Dr
Grayslake, IL 60030


Olga Shapiro
2602 Farnsworth
Park Ridge, IL 60068


Olga Shapiro
2602 Farnsworth
Northbrook, IL 60062


Olga Shapiro
2602 Farnsworth
Northbrook, IL 60062


Olga Shapiro
2602 Farnsworth
Northbrook, IL 60062


Olga Shapiro
2602 Farnsworth
Northbrook, IL 60062


Patricia and Ademole Oduwole
PO Box 632179
Irving, TX 75063


Patricia Kroner
23415 S. 88th Ave.
Frankfort, IL 60423


Paul Peretyatko
48 W 48th Street
#900
New York, NY 10036


Puritan Finance Corp
55 W Monroe St #3590
Chicago, IL 60603


Puritan Finance Corp
55 W Monroe St #3590
Chicago, IL 60603
```

```
Puritan Finance Corp
55 W Monroe St. #3590
Chicago, IL 60603


Puritan Finance Corp
55 W Monroe St #3590
Chicago, IL 60603


Ramon & Nelsa Moreno
1138 N. Winchester Ave
Chicago, IL 60622


Ramon and Nelsa Moreno
1138 N Winchester Ave
Chicago, IL 60622


Ramon and Nelsa Moreno
1138 N Winchester Ave
Chicago, IL 60622


Ramon Moreno
1138 N. Winchester Ave.
Chicago, IL 60622


Ramon Moreno
1138 N Winchester Ave
Chicago, IL 60622


Randy Abeles


Raquel Corona
3212 Scott St
Franklin Park, IL 60131


Renny Kurup
1125 W Belden #1
Chicago, IL 60614


Renny Kurup
1125 W Belden #1
Chicago, IL 60614
```

Renny Kurup
1125 W Belden #1
Chicago, IL 60614

Rhodora Valera
9445 N Kenton
Unit 306
Skokie, IL 60076

Richard and Deena Gillette
9445 N Kenton
Unit 406
Skokie, IL 60076

Richard Fabian
1210 Davey Dr.
Batavia, IL 60510

Rocco Tangorra
8560 W Foster #608
Norridge, IL 60706

Rodel Uy
260 Grand Ridge Rd
Saint Charles, IL 60175

Rodel Uy
260 Grand Ridge
Saint Charles, IL 60175

Roman and Yelena Anoufriev
274 Brunswick Drive
Buffalo Grove, IL 60089

Roman Anoufriev and
Yelena Schvartzman
274 Brunswick Drive
Buffalo Grove, IL 60089

Roman Anoufriev and
Yelena Schvartsman
274 Brunswick Drive
Buffalo Grove, IL 60089

Roman Moreno
1138 N Winchester Ave
Chicago, IL 60622


Romel Allahvardi
8352 Kilpatrick
Skokie, IL 60076


Romel Allahvirdi
8352 Kilpatrick
Skokie, IL 60076


Ronnie Brock
100 E main St #124
Waukesha, WI 53186


Ruben Araujo
9445 N Kenton
Unit 302
Skokie, IL 60076


Russ Berkun
1926 Monroe Ave.
Glenview, IL 60025


Ruza Zukanacic
9445 N Kenton
Unit 303
Skokie, IL 60076


Ryan Shepard
100 E Main St #101
Waukesha, WI 53186


Saed Salievski
771 Schultz St
Lemont, IL 60439


Sally Aldaba
417 DiLorenzo Drive
Naperville, IL 60565

Samra Zukancic
9445 N Kenton
Unit 208
Skokie, IL 60076


Scanlan & O'Rorke
100 E main St #332
Waukesha, WI 53186


Scott Scoletsky
1117 Davis Ave
Deerfield, IL 60015


Scott Scoletsky
1117 Davis Ave
Deerfield, IL 60015


Scott Skaletsky
1117 Davis
Deerfield, IL 60015


Sead Salievski
771 Schultz St
Lemont, IL 60439


Selma Zukanacic
9445 N Kenton
Unit 310
Skokie, IL 60076


Shadab Jamal
2700 W Lunt #404
Chicago, IL 60645


Shamoom Ebrahimi
9418 Bay Colony Dr.
#3S
Des Plaines, IL 60016


Sheila Kassam
9445 N Kenton
Unit 106
Skokie, IL 60076

Song Mounivong
8009 Vineyard Ln.
Smyrna, TN 37167


Stanislav Podolony
3214 Carriage Way
Arlington Heights, IL 60004


Steve Kallmeyer
536 W Evergreen St
Wheaton, IL 60187


Steve Kallmeyer
536 W Evergreen St
Wheaton, IL 60187


Steve Miller
20970 W. Exeter Rd.
Lake Zurich, IL 60047


Steve Miller
20971 W. Exeter Rd.
Lake Zurich, IL 60047


Steve Miller
PO Box 5221
Vernon Hills, IL 60061


Steve Podolny
3214 Carriage Way
Arlington Heights, IL 60004


Steve Podolny
3214 Carriage Way
Arlington Heights, IL 60004


Steve Podolny
3214 Carriage Way
Arlington Heights, IL 60004


Steve Tolizen
23 Burberry Circle
Schaumburg, IL 60173

Steve Tolizen
23 Burberry Circle
Schaumburg, IL 60173


Steve Ullenius
10608 N Sleepy Hollow Rd
Chicago, IL 60615


Steven Budker
334 E 34 St.
New York, NY 10016


Steven Jones & Russel Nooter
3711 Holland Ave #201
Dallas, TX 75219


Syed Hanif
9445 N Kenton
Unit 410
Skokie, IL 60076


Sylvia and Steve Fitzgerald
12575 Meadow Circle
Lake Bluff, IL 60044


The Clock Tower Assoc/Landing
Condos of Waukesha Assoc LLC
100 E Main St OFFICE
Waukesha, WI 53186


Thomas Dahl
33560 North Oak Dr.
Ingleside, IL 60041


Tim Hatton
61 Ruffled Featehrs Drive
Lemont, IL 60439


Tim Hatton
61 Ruffled Feathers Drive
Lemont, IL 60439


Tim Hatton
61 Ruffled Feathers Dr
Lemont, IL 60439

Tim Hatton
61 Ruffled FEathers Dr
Lemont, IL 60439


Tracker Inc.
1970 Spruce Hills Dr.
Bettendorf, IA 52722


Tyler McDonald
4404 W William Cannon
#P111
Austin, TX 78749


Vadic Azrikan
2700 W Lunt
#207
Chicago, IL 60645


Val Beygel
685 Highland Place
Highland Park, IL 60035


Victoria Zaychik
6726 N. St. Louis
Lincolnwood, IL 60712


Vilsoon Porana
2221 Lee St
Des Plaines, IL 60018


Vilsoon Porano
2221 Lee St.
Des Plaines, IL 60018


Vince Meucci
6N620 Crestwood Dr
Saint Charles, IL 60175


Vlad & Janina Yekelchik
649 Brookside Ave.
Allendale, NJ 07401


Vlad Yekelchik
649 Brookside Ave
Allendale, NJ 07401

Vlad Yekelchik
640 Happfield Drive
Arlington Heights, IL 60004


Washington Mutual
P.O. Box 9001123
Louisville, KY 40290-1123


William Lesser
9445 N. Kenton
Unit 202
Skokie, IL 60076


Z. Melody
1990-B Gary Ct
Schaumburg, IL 60193


Zaid Emmanuel Jazrawi
111 W Maple St #912
Chicago, IL 60610


Zaid Emmanuel Jazrawi
111 W Maple St #912
Chicago, IL 60610


Zaid Emmanuel Jazrawi
111 W Maple St #912
Chicago, IL 60610


Zaid Emmanuel Jazrawi
111 W Maple St #912
Chicago, IL 60610


Zaid Emmanuel Jazrawi
111 W Maple St #912
Chicago, IL 60610